

# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Returned for Correction(s)

**To:** Cox, Malikye Isahia      **SID #:** 19049607      **Cell:** TRCI:DS025B

**From:** Rossi, H      *For A. Eynon, TRCI Grievance Coordinator*      **Date:** 03/25/2025

**Re:** Non-Medical# TRCI_2025_03_016

institution Grievance Coordinator.

SENT

MAR 25 2025

TRCI GRIEVANCE OFFICE

Confidentiality Notice: This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: ____ of ____ (3 page limit)     Grievance # TREI-2025-03-016

Official Use Only     Resubmit

## GRIEVANCE FORM

Name: Cox     Malikye     I     19049607     DSU-18B
Last     First     Initial     SID#     Cell/Block/Bunk #

Whom are you grieving: Ms Fisher

Please provide the date/time of incident giving rise to grievance: 2-21-25

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

A Searched Happend in my cell, All my tattoo magazines where taken, Some old and Some New, I got them from my mom and friends mom, I understand taking them and testing them But I was told Im Not getting them Back I Said there Brand New, She Said I know, then wrote a confiscation slip for Herd Mags, (There New) I tryed to say they cant take my property and they Said they can do what they want.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I just want my magazines Back or replaced theres a tottal of About 8 and there 25 to 30 A piece

2-26-25
Date

Signature

<table>
<tr><td>Receiving Facility<br>(If not processing facility)<br><br><br><br>Date Stamp</td><td>Received at Processing Facility<br><br>RECEIVED<br>MAR 03 2025<br>TRCI GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br><br>Returned For Correction<br>MAR 17 2025<br>TRCI GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br><br><br><br>Date Stamp</td></tr>
</table>

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)     CD 117 (11/2019)

Page: _____ of _____ (3 page limit)    Grievance # [0221-2025 _____] _____

Official Use Only                    Resubmit

## GRIEVANCE FORM

Name: Col        MaliKye        T        19049607        DSU-18B
_____
Last        First        Initial        SID#        Cell/Block/Bunk #

Whom are you grieving: MS Fisher _____

Please provide the date/time of incident giving rise to grievance: 2-21-25 _____

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

A Searched Happend in my cell, All my tatto magazines where
taken some old and some New, I got them from my mom and
friends mom, I understand taking them and testing
them But I was told Im Not getting them Back
I said these Brand New, she said I knew, Then
wrote a confiscation slip for Nerd Mags, (There New)
I tryed to say they cant take my property and
they said they can do what they want.

_____
_____
_____
_____

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I just want my magazines Back or replaced Theres a
tottal of About 8 and there 25 to 30 A piece

_____

2-26-25 _____                    [signature] _____
Date                                        Signature

<table>
<tr><td>Receiving Facility<br>(If not processing facility)</td><td>Received at Processing Facility<br>RECEIVED<br>MAR 03 2025<br>TRCI GRIEVANCE OFFICE</td><td>Accepted/Denied/RFC<br>Returned For Correction<br>MAR 17 2025<br>TRCI GRIEVANCE OFFICE</td><td>Accepted/Denied/RFC</td></tr>
<tr><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td></tr>
</table>

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)        CD 117 (11/2019)



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Initial Appeal - Denied

| | | | | |
|---|---|---|---|---|
| **To:** | Cox, Malikye Isahia | **SID #:** | 19049607 | **Cell:** TRCI:DS158 |
| **From:** | Rossi, H | **Date:** | 06/12/2025 | |

*For A. Eynon,*
*TRCI Grievance Coordinator*

**Re:** Non-Medical# TRCI_2025_03_050A

The initial grievance appeal you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

The grievance rule does not permit a returned grievance or grievance appeal to be appealed. Therefore, this appeal is denied.

If you have any questions regarding your initial grievance appeal, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

**SENT**

**JUN 12 2025**

**TRCI GRIEVANCE OFFICE**

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: ___ of ___ (3 page limit)    Grievance # ~~TRCI~~ ~~2028~~ ~~03~~ ~~0500~~A

Official Use Only    Resubmit

# GRIEVANCE APPEAL FORM

Name: Cox        Malikye        I        19049607        DSU-62A
      Last        First        Initial        SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I recintly got my Denied Grievance on may 2nd 2025, since 2/27/25 Department of employees Have Continued the same Behaivicr, Nothing Around Here Changes. Some of the staff Needs to Be let go or retrainded, they have Been Programed to herress And missuse the Departments Roles to ther Ajenda. I was Assalted off camrea I Have A Red throught and the hole side of my Face was Red And the Back of my Head had A Not. The Staff is agressive rude Disrespectful, Not All But A Select Few And the ones pertaining my Greavance Are still Here Doing the same things! Im still living in A toxic and Heslc1 invionment ether Remove me or them, my DR was Never Expunjed or Droped, I Followed Directives And still was Punished. Recint events have transpierd with other officers. Im Currently grievying. No AIC should Have to Deal with this type of unjust unfair punishments And conditions.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

I want All my situations that Iv Recintly Been going threw with Staff with the inspector general. I want Some sort of compensation for my truble. Droped DRs or expunged and or job titles or me moved.

5/21/25                                    _Malikye Cox_ (signature)
Date                                       Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
|  | **RECEIVED** MAY 23 2025 TRCI GRIEVANCE OFFICE | **DENIED** JUN 05 2025 TRCI GRIEVANCE OFFICE |  |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (AIC receipt after processed)*    CD 117C (11/2019)



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Denied

**To:** Cox, Malikye Isahia      **SID #:** 19049607      **Cell:** TRCI:DS009B

**From:** Rossi, H    For A. Eynon,    **Date:** 05/02/2025
     TRCI Grievance Coordinator

**Re:** Non-Medical# TRCI_2025_03_050

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

I am returning your grievance to you as you have not met the requirements under 291-109-0210. The grievance rule does not permit grieving misconduct reports or sanctions. .

291-109-0210 (4) An AIC cannot grieve the following: (g) Misconduct reports, investigations leading to or arising from misconduct reports, or disciplinary hearings, findings, and <u>sanctions</u>.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

**SENT**

**MAY 02 2025**

TRCI GRIEVANCE OFFICE

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.



Page: 1 of 2 (3 page limit)    Grievance # TRCI-2025-03-050    Official Use Only    Resubmit



## GRIEVANCE FORM

Name: Cox          Malikye          I          19049607          1424-A
    Last         First      Initial     SID#     Cell/Block/Bunk #

Whom are you grieving: M. Martinez / E. Herrera

Please provide the date/time of incident giving rise to grievance: TRCI, I-48-B, 2:50pm 2/27/25

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On Feb 27th 2025 Around 2:50pm, I Do Belive I was wronged from eather and Both M.Martinez & E.Herrera (I couldnt see the Nametage of the C/o) with (A) misaplication of Department policies, rules, or other Directives (B) unprofessional Actions By Department employees, voluenters or contractors. (C) Inadiquit mental or medical Health treatment. (e) Excessive use of fore By Department employees. After EO seen that I Had Ben Passed and put a Black pen In my pocket on the yard. I was given A Direct order to "Empty my pockets" I gave Hime The pen And Did So. I was then ordered to "turn my pockets inside out" I oyed and was returnedand with more agressive, rude, Absive And unprofessonal Direct orders. "walk in Side And return to the Dome" I Did So. I was then escorted In for A more extensive or comprehensive search. "keep your Hands out of your pockets" As we walk in. Confused that I was Helding my baggy pants up, more unprofessonal Direct orders Continued. I get Inside to the Dome. "whats In your Mouth" I Begin to comply By spitting

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

(On page 2 of 2)

4/14/25
Date

Malikye Cox
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED APR 16 2025 TRCI GRIEVANCE OFFICE | DENIED APR 29 2025 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: _C_ of _L_ (3 page limit)     Grievance # TRCI-2025-03-050    ✓ 10

Official Use Only     (Resubmit)

## GRIEVANCE FORM

Name: __Cox__     __Malikye__     __I__     __19049607__     __14-24-A__
      Last          First          Initial      SID#          Cell/Block/Bunk #

Whom are you grieving: __M. Martinez / E. Herrera__

Please provide the date/time of incident giving rise to grievance: TRCI, I-HB-B, 25pm, 2/27/25

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

The paper I had In my mouth into my Hand. (Earlyer while on the phone I transferd femily And friend Info to my address Book. Instead of littering I end up chewing And put ing the paper In my mouth) Confused on What is Happening, when Im spitting the paper out, I was then Derated "Mother fucker, Turn around, Hands Behind your Back and go inside the Bubble." Mistakingly thinking I Swallowed Contraband Starts to choke me while the othr is pulling my Arm, They acraw pulling echother Away from echother, Thinking Im resisting "stop resisting" I complyed "Staff Assult"? I was Agressivly choked, yanked, slamed And ~~professur~~ Beaten then slamed on Concreate.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Im Now falsly Accused And charged, Living in fear and In A toxic, ~~Inflict~~ Hostile invirom ent, I want them removed or me removed from this Kind of treatment. there job tytals for unprofesonal treatment and All DPs Dropped

__4/14/25__     __Malikye Cox__
Date          Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** APR 1 6 2025 TRCI GRIEVANCE OFFICE | **DENIED** APR 2 9 2025 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Returned for Correction(s)

**To:** Cox, Malikye Isahia

**From:** Rossi, H   For A. Eynon,
TRCI Grievance Coordinator

**Re:** Non-Medical# TRCI_2025_03_050

**SID #:** 19049607

**Date:** 04/04/2025

**Cell:** TRCI:DS033B

SENT

APR 0 4 2025

TRCI GRIEVANCE OFFICE

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

I am returning grievance # TRCI-2025-03-050 to you as it is not completely legible. Please ensure your handwriting is legible. If a grievance is not legible, it will be returned to you.

Additionally, you have written outside of the lines. You will need to rewrite and stay within the lines. You can use up to 3 grievance forms. Discontinue doing this in all future grievance submissions.

291-109-0220: (3) Grievances must be legible and <u>written within the appropriate space provided</u>.

291-109-0220: (4) A grievance must include **a complete description** of the incident or issue being grieved, including date and time of the incident or issue being grieved, and the individual responsible for the incident or issue.

291-109-0225 (2) Grievances and grievance appeals returned for correction: (a) An AIC may elect to resubmit a grievance or grievance appeal that has been returned for correction to the AIC because it does not comply with these rules. (b) The grievance or grievance appeal may only be resubmitted twice and must be received by the institution grievance coordinator within 14 calendar days from the date when the grievance or grievance appeal was originally returned to the AIC.

You may make noted corrections and resubmit for further review. Please be sure to include this return receipt with your resubmitted packet.

291-109-0225 Grievance and Appeals General Processing Standards

(2) Grievances and Grievance Appeals Returned for Correction:
(a) An adult in custody may elect to resubmit a grievance or grievance appeal that has been returned to the adult in custody for correction because the grievance or grievance appeal does not comply with these rules.
(b) The grievance or grievance appeal may only be resubmitted twice and must be received by the institution grievance coordinator within 14 calendar days from the date when the grievance or grievance appeal was originally returned to the adult in custody.
(c) If corrected and resubmitted by the adult in custody, the return receipt and original grievance or grievance appeal must also be attached.

If you have any questions regarding your grievance, please refer to the Department of Corrections

Page 1 of 2

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: 1 of 1 (3 page limit)    Grievance # TRCI 2028-05-050A

Official Use Only    Resubmit

# GRIEVANCE APPEAL FORM

Name: Cox    Malikye    I    19049607    DSU-62A
Last    First    Initial    SID#    Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I recintly got my Denied Greivance on May 2nd 2025, Since 2/27/25
Department of employees Have Continued the Same Behaviers, Nothing Around Here
Changes. Some of the staff Needs to Be let go or retrainded, they have
Been Programed to herress And missuse the Depertments Rules to their
Ajenda, I was Assolted off camera, I Have A Red throught and
the hole Side of my Face was Red And the Back of my Head had
A Knot. The Staff is Aggressive rude Disrespectful, Not All But
A Select few And the ones pertaining my Greavance Are Still Here
Doing the Same things! Im Still living in A toxic and Hestic! invierment
ether Remove me or them, my DR. was Never Expunjed or Droped,
I followed Directives And Still was Punished. Recint events have
transpierd with other officers, Im Currently growing, Nr AIC should
Have to Deal with this type of unjust unfair punishments And conditions.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

I want All my Situations that Iv Recintly Been going threw with Staff
with the inspector general. I want Some sort of compensation for
My truble, Droped DRs or expunged and or job titles or me moved.

5/21/25    [signature]
Date    Signature

<table>
<tr><td>Receiving Facility<br>(If not processing facility)</td><td>Received at Processing Facility<br><br>**RECEIVED**<br>MAY 23 2025<br>TRCI GRIEVANCE OFFICE</td><td>Accepted/Denied/RFC<br><br>**DENIED**<br>JUN 05 2025<br>TRCI GRIEVANCE OFFICE</td><td>Accepted/Denied/RFC</td></tr>
<tr><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td></tr>
</table>

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (AIC receipt after processed)*    CD 117C (11/2019)



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
## Grievance - Returned for Correction(s)

| | | | | | |
|---|---|---|---|---|---|
| **To:** | Cox, Malikye Isahia | **SID #:** | 19049607 | **Cell:** | TRCI:DS033B |
| **From:** | Rossi, H | **Date:** | 04/04/2025 | | |

*For A. Eynon,*
*TRCI Grievance Coordinator*

**Re:** Non-Medical# TRCI_2025_03_050

Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

**SENT**

**APR 0 4 2025**

TRCI GRIEVANCE OFFICE

Page 2 of 2

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: ____ of ____ (3 page limit)          Grievance # TRCI-2025-03-050

                                          Official Use Only          Resubmit

# GRIEVANCE FORM

Name: Cox                 Maliyye          I          19049607          DSU-25B
      Last               First           Initial        SID#          Cell/Block/Bunk #

Whom are you grieving: Sergeant M. Martinez / E Herrera

Please provide the date/time of incident giving rise to grievance: Unit 1 2-27-25 - 250pm TRCI

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On the 27th I Do Belive I Was wronged with excessive force. The issue started on the yeard I was looking for a phone, I went out then came Back In. I was told by multiple people that someone wanted to talk to me, I went out momentarily to see what was up. I was allready frustraited about Having the transaction of a Black pen. I fallowed the inmate straight Into Martinez, He saw the whole thing. I was nowhere of him as soon as I grabbed the pen I went to put it in my pocket and realised I shouldnt Put my hands In my pocket, so I tryed to give him the pen and show him I Had Nothing in my pockets. At this point He is yelling Demands at me. I kept my hands out of my pockets but He freaked out then He told me to Head to The Bone inside, So I still He continued to Freak out at me Because I had to hold my shorts pants up for some reason the Dork Blue Texas Dont hold with the Velcrow Belt. I was trying to tell Him But He wouldnt Slow Down. When we get to the Bubble He has Now Made like 10 Demands and the last thing I Here then say is Whats in your Mouth. So I spit it into my Hand and Go to Show Him. He calls me a Mutherfucker and tells me to turn around Comply without a chance to show him the wad of paper or explain at this point It exlated so fast that the Next thing I know is he is chokeing me, Yanking me around. At first I was confused and tryed to put Away He yells Stop Assilt, As He is Assulting me. I Did what I was supost to Do literatly what I Had in my Mouth was on the ground somewhere in the Day room or office. Not only Did I comply but what I Spit out had Been in my Mouth 30 Minutes Before that when I was on the Phone with my girl. It was my Favoirite info and wwnt show For the Movie Channel for the week. I Had Allready Transfered the info to my Address Book. since I was on the phone and the go bag was in... I was showing in that Pen instead of throwing it Away. So I complyed And wasnt given a chance to show or explain before I got Strangled and slamed

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

They just took my property just to take it, that Happened a couple Days ago I just wrote a grievance for that. I just Dont want this... increassed Anymore. I'm trying to remain calm at this time. I would like my charges Dismissed with prejudice. It was only a pen please just give me my cell in.

3-7-25                                    _____
Date                                      Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/REC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED MAR 10 2025 TRCI GRIEVANCE OFFICE | Returned For Correction MAR 24 2025 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
## Grievance - Returned for Correction(s)

**To:** Cox, Malikye Isahia          **SID #:** 19049607          **Cell:** TRCI:DS033B
**From:** Rossi, H                    **Date:** 04/04/2025

*For A. Eynon,*
*TRCI Grievance Coordinator*

**Re:** Non-Medical# TRCI_2025_03_050

Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

**SENT**

**APR 0 4 2025**

TRCI GRIEVANCE OFFICE

Page 2 of 2

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: ____ of ____ (3 page limit)    Grievance # TRCI-2025-03-050

Official Use Only                    Resubmit

# GRIEVANCE FORM

Name: Cox          Malieye          I          19049607          DSU-25B
      Last         First          Initial        SID#           Cell/Block/Bunk #

Whom are you grieving: Sergeant M. Martinez / F. Herrera

Please provide the date/time of incident giving rise to grievance: Unit 1 2-27-25 - 250pm TRCI

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On the 27th I Do Belive I was wronged with excessive force. The issue started on the yard I was looking for a phone, I went out then come back in. I was told by multiple people that someone wanted to talk to me, I went out momentarily to see what was up. I was allready frustrated about having the transaction of a black pen. I fallowed the inmate straight Into martinez. He saw the whole thing I was unshure of him as soon as I grabed the pen I went to put it in my pocket and realised I shouldnt put my hands In my pocket, so I tryed to give him the pen and show him I had nothing in my pockets. At this point he is yelling demands at me. I kept my hands out of my pockets like he wanted out then he told me to head to the Bave inside. So I slow it down as I continued to Freak out at me because I had to hold my shorts pants up for some reason the Dark Blue Texas Deat hold with the velcroe belt. I was trying to tell Him But He wouldnt Slow Down. when we get to the Bubble he has now made like 10 Demands and the last thing I here them say is whats in your mouth. So I spit it into my Hand and gothe Show Him. He calls me a mutherfucker and tells me to turn around comply without a chance to Show him the wad of paper or explain at this point It eskilated so fast that the next thing I know is he is chokeing me, Yanking me around. At first I was confused and tryed to put away the yells Stop Assolt, As he is Assolting me. I Did what I was supost to Do. Litterally what I had in my mouth was on the ground somewhere in the Bay comm office. Not only Did I comply but what I spit out had Been in my mouth 30 minutes Before that when I was on the Phone with my girl. It was my favrite info and wad I was For the movie channel for the week. I had allready transfered the info to my Addres Book. since I was on the phone and the gotbag coim in too I was throwing it in the Pen insted of throwing it away. So I complied And wasnt given a chance to show or explain before I got strangled and slamed

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

They just took my property just to take it, that Happend a couple Days Ago. I just wrote a grievace for that. I just Dont want this incressed anymore. Im Triggered and Violated Here. I would like any charges Dismissed with prejudice. It was only a pen please just give me my cell in.

3-7-25                                        _____
Date                                          Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED MAR 10 2025 TRCI GRIEVANCE OFFICE | Returned For Correction MAR 24 2025 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)          CD 117 (11/2019)

Page: ____ of ____ (3 page limit)   Grievance # _____ TRCI-2025-03-____   50

*Official Use Only*   *Resubmit*

# GRIEVANCE FORM

Name: Cox          Malikye          I          19049607          Dsu-25B
    Last        First      Initial      SID#      Cell/Block/Bunk #

Whom are you grieving: ~~MERRADY~~ N. Martinez / I Herrera

Please provide the date/time of incident giving rise to grievance: Unit 1 2-27-25. 2:50pm TRCI

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On the 27th I Do Belive I was wronged with excesive force. The ioc started on the yard. I was looking for a phone. I went out this came back In. I was tell by my ofc people who the I wanted to talk to me, I went out momentarly to see what was up. I was straight up frustrated about Having the transaction of a Black pen. I followed the inmate straight into mardinez. He saw the whole thing, I was nuwhere of him as soon as I grabed the pen I went to put it in my pocket and realised I shuddnt put my hands in my pocket, so I tryed to give him the pen and show him I Had Nothing in my pockets. At this point He is yelling Demands at me. I kept my hands out of my pockets after he freaked out. then he tell me to head to the Dsue inside. So I did. He contiuned to freak out at me because I Had to Hold my shorts/pants up to some reason the had blue trons Dont Hold with the velcrow Belt. I was trying to tell Him But He wouldnt Slow Down. when we get to the Bubble He was now made like to Demands and Iue last thing I Here Him say is whats in your mouth. So I spit it into my Hand and go to show Him. He calls me a muther fucker and tells me to turn around. I comply withcut a chance to show him the wad of paper or explain at this point It escilated so fast that the Next thing I know is He is chokeing me, Yanking me around. At first I was confused and tryed to pull away the yoks Half Assalt, its He is assaulting me. I Did ~~what~~ I was suped to ~~have~~ littelly what I Had in my Mouth was on the ground someurehere in the Day room or office. Not only Did I comply but what I spit out had Been in my mouth 30 minutes Before that when I was on the Phone with my girl. It was my friends info and movie time for the movie Channel for the week. I Had allready Transferd the info to My Address Book. since I was on the phone and the garbage was to far I was chewing on the pec insted of threw it away. So I complied And wasnt Given a chance to show or explain before I get strangled and slamed.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

They just took my property just to take it, that Happend a couple Days Ago. I just wote a greivance for that I just Dont wont messed with or harrassed anymore. Im Being treated unfairly Here. ~~It was fairly~~ Here I wouldnt want to be like my charges Dismissed with Prejudice                     cell in.

3-7-25
Date                                                              Signature

<table>
<tr><td>**Receiving Facility**<br>(If not processing facility)<br><br><br><br>Date Stamp</td><td>**Received at Processing Facility**<br><br>RECEIVED<br>MAR 10 2025<br>TRCI GRIEVANCE OFFICE<br>Date Stamp</td><td>**Accepted/Denied/RFC**<br>Returned For Correction<br>MAR 24 2025<br>TRCI GRIEVANCE OFFICE<br>Date Stamp</td><td>**Accepted/Denied/RFC**<br><br><br><br><br>Date Stamp</td></tr>
</table>

Page: 1 of 2 (3 page limit)    Grievance # TRCI-2025-03-030

Official Use Only    ✓ ✓ ᴵᴼ    Resubmit

# GRIEVANCE FORM

Name: Cox    Malikye    I    1909607    1424-A
　　　Last　　　First　　　Initial　　　SID#　　　Cell/Block/Bunk #

Whom are you grieving: M. Martinez / E Herrera

Please provide the date/time of incident giving rise to grievance: TRCI, 1-48-B, 2:50pm 7/7/25

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On Feb 27th 2025 around 2:50pm, I Do Belive I was wronged from ecther and Both m. Martinez 3 E. Herera (I couldnt see the name tage of the c/o) with (A) unisaplication of Department policies, rules, or other Directives (B) unprofessional Actions By Department employes, volunters or contractors. (C) Inadiquit mental or medical Health treatment. (E) Excessive use of fcre By Department employes. After E.O. Seen that I Had Ben Passed and put to Black pen In my Picket on the yard. I was given A Direct order to "Empty my pockets" I gave Him The pen And Did so. I was then ordered to "turn my pockets inside out" I wiped Hand was returned with more agressive, rude, Abusive And unprofessional Direct orders. "walk in Side And return to the Dome" I Did so. I was then escorted In for A more exaniint or Comprehencive search. "keep your Hands out of your pockets" As we walk in. Confused that I was Holding my baggy pants up, more unprofessional Direct orders Continued. I get Inside to the Dome. "whats In your Mouth" I Begin to comply By spitting

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

(on page 2 of 2)

4/14/25    Malikye Cox
Date    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** APR 16 2025 TRCI GRIEVANCE OFFICE | **DENIED** APR 29 2025 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

# GRIEVANCE FORM

Name: Cox    Malikye    I    19049607    14-24-A

Last     First     Initial     SID#     Cell/Block/Bunk #

Whom are you grieving: M. Martinez / E. Herrera

Please provide the date/time of incident giving rise to grievance: TRCI, # 14G-B, 259pm, 2/17/25

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

The paper I Had In my mouth into my Hand. (Earlier while on the phone I transferd family And friend Info to my Address Book. Instead of littering I end up chewing And put ing the paper In my mouth) Confused on What is Happening, when Im spitting the paper out, I was then Berated "Mother Fucker, Turn around, Hands Behind your Back and go inside the Bubble." Mistakingly thinking I Swallowed contraband starts to choke me while the other is pulling my Arm, They Another pulling echother away from echother. Thinking Im resisting "stop resisting" I complyed "staff ASSAULT"? I was Agressivly choked yanked, slamed And ~~crushed~~ Beaten then slamed on Concreate.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Im now falsly Accused And charged, Living in Fear and In A toxic, ~~Hostel~~ Hostle invirom-ent. I want them removed or me removed from this kind of treatment. I have job lisytels for unprofesional treatment and All DR's Dropped

4/14/25          Malikye Cox

Date                        Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** APR 16 2025 TRCI GRIEVANCE OFFICE | **DENIED** APR 29 2025 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: ___ of ___ (3 page limit)          Grievance # _____

                                                                    Official Use Only          Resubmit

# GRIEVANCE APPEAL FORM

Name: _Cox_____ _Malikye_____ _T___ _19049607_____ _DRV-67A_____
        Last          First          Initial      SID#            Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I recently got my Denied Grievance on May 2nd 2025. Since 2/27/25 Department of employees Have continued the same Behaviors. Nothing Around Here Changes. Some of the staff Needs to Be let go or retrained, they have Been Programed to herress and missuse the Departments Rules to their Ajenda. I was Assalted etc correr. I Have A Red thought and the hole side of my Face was Red And the Back of my Head had A Nich. The Staff is aggressive rude Disrespectful. Not All But A select Few. And the ones pertaining my Grievance Are still there Doing the same things! I'm still living in A toxic and Hostal invirment else Remove me from. My DR was Never evpurjed or Droped. I Followed Directives And still was Punished. Recent events have transpord with other officers. I'm currently grieveing. No AIC should Have to Deal with the type of unjust unfair punishments And randomly

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

I want All my situations that I'v Recially Been going threw with staff with the inspecter general. I want some sord of compensation for My troubles Droped DRs or expunged under job tales or me wards.

_5/21/25_____                          _Malikye X_____
Date                                        Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility **RECEIVED** MAY 23 2025 TRCI GRIEVANCE OFFICE | Accepted/Denied/RFC **DENIED** JUN 05 2025 TRCI GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (AIC receipt after processed)          CD 117C (11/2019)



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Denied

**To:** Cox, Malikye Isahia       **SID #:** 19049607       **Cell:** TRCI:DS009B
**From:** Rossi, H   *For A. Eynon,*   **Date:** 04/30/2025
                     *TRCI Grievance Coordinator*

**Re:** Non-Medical# TRCI_2025_04_079

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

I am returning grievance # TRCI-2025-04-079 to you as it was received past the timeframe requirements of OAR 291-109.

291-109-0205 (1) Grievances must be received by the institution grievance coordinator or designee within 14 calendar days from the date of the incident or issue being grieved, unless the AIC can satisfactorily demonstrate why the grievance could not be timely filed. Untimely grievances will be denied and returned to the AIC with a statement of the rule.

Please continue to work with security staff, or other staff as you are comfortable, to report your safety concerns.  Provide complete information as to what you are alleging occurred.

You may also utilize the Inspector General Hotline on your unit to report this, or other concerns, should you wish to do so.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

SENT
APR 3 0 2025
TRCI GRIEVANCE OFFICE

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections.  This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements.  If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: ____ of ____ (3 page limit)    Grievance # _TRCI-2025-04-017_    _____

Official Use Only    Resubmit

# GRIEVANCE FORM

Name: _Cox_    _Matthew_    _I_    _19049607_    _DSU-353B_
Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: _To the Persons In Charge of the facility_

Please provide the date/time of incident giving rise to grievance: _3/14/25_

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

_Around 8 to 9 AM I Had my Hering. It was over A staff Assult._
_I made A IG Phone call And put A Grevance In for Being_
_Assulted By staff. Today Im greaving That there Are_
_No Camras In the Back office where they Not only talk_
_to Inmates, But Cuff them up Search and Now offecly_
_Assult AICs, me & Durring my Hering I Asked Them to play_
_Footage of what Happend And they Could Not preduce the footage_
_of the Assult. This Is unexepthal Behavior. I Now Have to_
_Live In A toxic Invierment InFear of them Doing the Same_
_Behaviors. They Do this All the time to Diffrent AICs And_
_Now Nothing Is Being Done About what Happend._

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_I Want Camras In the Staffs Room Next to the Dome or Boller. Inside_
_the Indevidual units So they cant get Away with Poor Behavior._
_we Are Held to expectations, So do they So Why Arent they?_

_4/10/25_    _[signature]_
Date    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED APR 11 2025 TRCI GRIEVANCE OFFICE | DENIED APR 24 2025 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)

Page: _____ of _____ (3 page limit)    Grievance # _TRCCI-2025-04-017_    Official Use Only    Resubmit

# GRIEVANCE FORM

Name: _Cox_      _Marikye_      _+_      _VIOI4607_      _DSU 33B_
     Last        First      Initial       SID#     Cell/Block/Bunk #

Whom are you grieving: _To the Persons In Charge of the facility_

Please provide the date/time of incident giving rise to grievance: _3/14/25_

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Around 8 to 9 AM I Had my Herring. It was over A staff Assult. I made A I.G Phone call And put A Grievance In for Being Assulted By staff. Today Im greaving That there Are No Camras In the Back office where they Not only talk to Inmates, But cuff them up Search and Now Assult AIC's, me! Durring My Herring I Asked Them to play Fuctage of what Happend And they could Not preduce the Cootage of the Assult. This is unreveptibal Behavior + Now Have to Live In A toxic Inverment InFear of them Doing the Same Behavers. They Do this All the time to Different AIC's And Now Nothing Is Being Done About what Happend.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I Want Camras In the Staffs Room Next to the Tower or Public Inside The Individual units So they cant get Away with Poor Behavior. We Are Hold to expications, So do they So Why Arnt they?

_4/16/25_
Date

_[signature]_
Signature

<table>
<tr><td><u>Receiving Facility</u><br>(If not processing facility)<br><br><br>Date Stamp</td><td><u>Received at Processing Facility</u><br><br>**RECEIVED**<br>APR 11 2025<br>TRCI GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br>**DENIED**<br>APR 24 2025<br>TRCI GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br><br><br>Date Stamp</td></tr>
</table>



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Denied

**To:** Cox, Malikye Isahia     **SID #:** 19049607     **Cell:** TRCI:01-20A

**From:** Rossi, H     For A. Symon,     **Date:** 06/12/2025
        TRCI Grievance Coordinator

**Re:** Non-Medical# TRCI_2025_05_126

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

I am returning your grievance to you as you have not met the requirements under 291-109-0210. The grievance rule does not permit grieving misconduct reports or sanctions.

291-109-0210 (4) An AIC cannot grieve the following: (g) Misconduct reports, investigations leading to or arising from misconduct reports, or disciplinary hearings, findings, and sanctions.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

SENT

JUN 12 2025

TRCI GRIEVANCE OFFICE

Page 1 of 1

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: 1 of 2 (3 page limit)    Grievance # TRCI-2025-05-126

Official Use Only    Resubmit

# GRIEVANCE FORM

Name: Cox                Malikye      I              19049607          DSB-133
     Last              First          Initial          SID#          Cell/Block/Bunk #

Whom are you grieving: D. Lemus #64616

Please provide the date/time of incident giving rise to grievance: May 11th, 2025, 7:50 PM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

At 7:50 I was leaning on my wall with a tablet, my cell mate accidentally left. I was about to check my Ballence for next canteen and my Door poped. I'm being strip searched for having a tablit, IDK what constitutes a strip search, but I could care less as long as I Dont end up in DSU. During strip search conducted buy officer Plemus our storys Are Basicly the same But this you can tell is Not fully true. I gave my shoes And socks I got at this point had empty Hands, I grab the Side of my shirt Down By my crotch to pull my Arm through I slide my arm inside over to my left to pull other Arm in, lemus starts to try to speak By the time He says "let me see your hands" my Head was pulled Threw, I Did As Directed I showed him Hands, "Let me see your mouth" I did emediatly conserned where this was going.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

on pg 2 of 2 pg

5/19/25                                              Malikye Cox
Date                                                  Signature

<table>
<tr><td>Receiving Facility<br>(If not processing facility)</td><td>Received at Processing Facility<br><br>RECEIVED<br>MAY 20 2025<br>TRCI GRIEVANCE OFFICE</td><td>Accepted/Denied/RFC<br><br>DENIED<br>JUN 04 2025<br>TRCI GRIEVANCE OFFICE</td><td>Accepted/Denied/RFC</td></tr>
<tr><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td></tr>
</table>

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)

Page: _2_ of _2_ (3 page limit)    Grievance # _TRCI-2025-05-126_

Official Use Only    Resubmit

# GRIEVANCE FORM

Name: _Cox_    _Malikye_    _I_    _19049607_    _DSU-133B_
        Last        First        Initial        SID#        Cell/Block/Bunk #

Whom are you grieving: _D. Lemus #64616_

Please provide the date/time of incident giving rise to grievance: _May 11th 2025 7:50PM_

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

New leaders say AIC Cox swallowed something underneath His shirt, In DR. He says that I Reached into my Pocket. I Have No Pockets in my Shorts, Im wearing No underwear only Compression Shorts, "stating that I reached into my Pocket is a false claim. my Arms where in my Shirt. So he could say I belive or it looked like He may Have done something But I couldn't see and it Happend fast. Possibly a true statment But Not what was said. He even agrees in the DR that I follow Directive And that He Didn't see me put Anything in my mouth. How can He see and Not At the same time its a contridiction. I Beat the scan/xray at the Hospital And Dry Cells. I Did However commit the ~~Disrespect~~ Disrespect. I was Also slamed on my Necs. what world Docs Disrespect condone Violence

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I would like the Dr Droped, I was Disrespectful Because of Harrasment or Retalitory indicators, Or Demoped and rewrote for Disrespect, Time served And let ant officer should Be retrained.

_5/19/25_    _Malikye Cox_
Date        Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED MAY 20 2025 TRCI GRIEVANCE OFFICE | DENIED JUN 04 2025 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)

Page: 1 of 1 (3 page limit)     Grievance # TRCI-2025-05-12C

Official Use Only     Resubmit

# GRIEVANCE FORM

Name: Cox     Malikye     I     1904607     DSB 135

Last     First     Initial     SID#     Cell/Block/Bunk #

Whom are you grieving: D. Lemus 464616

Please provide the date/time of incident giving rise to grievance: May 11th 2025, 7:50 PM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

At 7:50 I was leaning on my wall with a tablet, my cell mate accidentally left. I was about to check my balance for next canteen and my door poped. I'm being strip searched for having a tablit. IDK what constitutes a strip search, but I could care less as long as I dont end up in DSU. During strip search conducted buy officer Lemus our story are basicly the same but the you can till is not fully true. I gave my shoes and socks + got at this point had empty hands. I grab the sides of my shirt down buy my crotch to pull my arm through. I slide my arm inside over to my left to pull other arm in, Lemus starts to try to speak but the time he came "let me see your hands" my head was pulled through I did as directed + showed him hands, "let me see your mouth" I did emediatly conserned where this was going.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

con pg 2 of 2 pg

5/19/25

Date

Malikye Cox

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** **MAY 20 2025** **TRCI GRIEVANCE OFFICE** | **DENIED** **JUN 04 2025** **TRCI GRIEVANCE OFFICE** | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: _____ of _____ (3 page limit)    Grievance # _____

Official Use Only    Resubmit

# GRIEVANCE FORM

Name: Cox    Malikye    I    1904960T    DSU-133B
| Last | First | Initial | SID# | Cell/Block/Bunk # |

Whom are you grieving: D. Lemus # 64616

Please provide the date/time of incident giving rise to grievance: May 11th 2025 7:50PM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Was being gay d IC Cox swallowed something underneath his shirt. In DR. He says that I reached into my pocket. I Have No Pockets in my shorts, Im wearing No underwear only compress/ion shorts, stating that I reached into my pocket is a false claime. my arms where in my shirt. So he could say I belive or it looked like He may Have done something But I couldnt see and it happened fast. Possibly I sive statment But Not what was said He even agrees in the Dr that I follow Directive And that He Didnt see me put anything in my mouth. How can He see and Not at the same time its a contradiction. I Poad the score/xray at the Hospital And Dry Sell. I Did However Commit the disrespa Disrespect. I was Also slandered on my Nees. what would Dees Disrespect condone violence

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I would like the Dr Droped. I was Disrespectful Because of Harrasment or Retalitory indicaters. Or Deyeoped and rewrote for Disrespect, time served And let out. Officer should Be retrained.

5/19/25    Malikye Cox
Date    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
|  | RECEIVED MAY 20 2025 TRCI GRIEVANCE OFFICE | DENIED JUN 04 2025 TRCI GRIEVANCE OFFICE |  |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: _1_ of _1_ (3 page limit)   Grievance # _TRCI-2025-04-074A_

*Official Use Only*   *Resubmit*

## GRIEVANCE APPEAL FORM

Name: _Cox_ _Malikye_ _I_   _1904960J_   _DSU 62A_
Last   First   Initial   SID#   Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I Just got A Denied Grievance on the 30th, I was Denied Camraws In the Back Room In the office on the Unit, first Because There was A unjust Staff Assult on 2/27/25 and Now another unresonable DR That the Inspector general Droped for A false positive for math In my patralium Jelly? And Now another unjust search And DR, witch Im Currently waiting for A Hering In the Hole. I was Searched and It was off Camra, They Said I swallowed semthing under my Shirt Do the Staff Have X-Ray Vision? These Are Not the resens Im Greaving, Im greaving theres No Camras to prove the wrongs, I passed A X ray And Drycell, why Am I Being punished for staffs mistakes Im loseing months of my life yet A time to unfit and Harsh conditions In the Hole, All Because you have No Camras on or in the office and or Body Cams on the Cops, That way there Are No Bujust Punishments.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Camras on ~~officers and of~~ Back rooms, Officers All Areas, IV Been walking on eggshels, Living under Distress, Harsh Conditions and punishment and In fear of Being Assulted Again

_5/21/25_
Date

_Malikye Cox_
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** MAY 23 2025 TRCI GRIEVANCE OFFICE | **DENIED** JUN 05 2025 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (AIC receipt after processed)*   CD 117C (11/2019)

Page: _____ of _____ (3 page limit)     Grievance # _____     _____

Official Use Only                    Resubmit

# GRIEVANCE APPEAL FORM

Name: Cox          Malikye          I          1904960?          DSU G2A
      Last         First            Initial   SID#              Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I Just got A Denied Grievance on the 30th. I was Denied Camraws In this Back Room In the office on the Units first Because there was A UnJust staff Assult on 2/27/25 and Now another unreasonable DR that the Inspector general Droped for A false positive for with In my patrolem Jelly? And Now another unJest search And Dr. witch Im Currently waiting for A Herring In the Hole. I was searched and it was all Camras They said I swallowed somthing under my shirt Do the staff Have X-Ray Vision? These Are Not the resons Im Greaving. Im greaving theres No Camras to prove that wrongsy. I passed A X ray And Buycell. why Am I Being Punished for staffs mistakes Im losing mounths of my life At A time to unfit and Hash conditions In the Hole. All Because you have No Camras on or In the office and or Body Cams on the Cops. That way there Are No Bruisd Punishment.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Camras on office and of Back rooms. Officers All Areas. IV Been wetting on eggshells. Living under Distress. Hash conditions and punishment and In fear of Being Assalted Again.

5/21/25                                        Malikye Cox
Date                                           Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** MAY 23 2025 TRCI GRIEVANCE OFFICE | **DENIED** JUN 05 2025 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Returned for Correction(s)

**To:** Cox, Malikye Isahia      **SID #:** 19049607      **Cell:** TRCI:01-20A

**From:** Rossi, H      *For A. Eynon,*      **Date:** 07/02/2025      SENT

*TRCI Grievance Coordinator*

JUL 02 2025

TRCI GRIEVANCE OFFICE

**Re:** Non-Medical# TRCI_2025_06_023

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

I am returning your grievance # TRCI-2025-06-023 to you, as it contains profanity.  Completely remove such content.

Future complaints received in the Grievance Office containing profanity, will be returned to you.

Please keep the tone and content of your grievances respectful.  291-109-0220 (1) If an AIC is unable to resolve an issue through informal communication, the department encourages the AIC to seek resolution of the issue by submitting a written grievance to the institution grievance coordinator using the department's approved AIC grievance form in accordance with these rules. As with informal communications, **AICs shall use a civil and respectful tone and manner in their written grievances to attempt to resolve the issue or concern.**

291-109-0225 (2) Grievances and grievance appeals returned for correction: (a) An AIC may elect to resubmit a grievance or grievance appeal that has been returned for correction to the AIC because it does not comply with these rules. (b) The grievance or grievance appeal may only be resubmitted twice and must be received by the institution grievance coordinator within 14 calendar days from the date when the grievance or grievance appeal was originally returned to the AIC.

Please be sure to include this return receipt with your resubmitted packet.

Note:  The entire grievance packet, including all returned versions of your grievance, must be submitted together each time you resubmit a grievance.

291-109-0225 Grievance and Appeals General Processing Standards

(2) Grievances and Grievance Appeals Returned for Correction:
(a) An adult in custody may elect to resubmit a grievance or grievance appeal that has been returned to the adult in custody for correction because the grievance or grievance appeal does not comply with these rules.
(b) The grievance or grievance appeal may only be resubmitted twice and must be received by the institution grievance coordinator within 14 calendar days from the date when the grievance or grievance appeal was originally returned to the adult in custody.
(c) If corrected and resubmitted by the adult in custody, the return receipt and original grievance or grievance appeal must also be attached.

Page 1 of 2

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections.  This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements.  If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
## Grievance - Returned for Correction(s)

**To:** Cox, Malikye Isahia     **SID #:** 19049607     **Cell:** TRCI:01-20A

**From:** Rossi, H    For A. Eymon,
      TRCI Grievance Coordinator

**Re:** Non-Medical# TRCI_2025_06_023

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

**SENT**

**JUL 02 2025**

**TRCI GRIEVANCE OFFICE**

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: 1 of 1 (3 page limit)          Grievance # TRCI-2025-06-023

Official Use Only                    Resubmit

## GRIEVANCE FORM

Name: Cox          Malikye          I          19049607          DSU-158B
      Last         First            Initial    SID#              Cell/Block/Bunk #

Whom are you grieving: Anyone who can Be responcible

Please provide the date/time of incident giving rise to grievance: May 29th 2025 1:30gh

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

During this time they passed out Canteen. Nothing comes well on may 11th I came to DSU, staff would Not let me get the paper work to fill out canteen Because use, I was in Dry cell. This was Around 12:30 when I got Back from the Hospital. Then I was waiting for Next canteen. They Now moved me to the North side, witch Already Did Canteen. Wigins Approved me getting canteen Anyways. Abara. Checked with Meader And they put it on my white card I could still get canteen. The fallowing week, A off week for the North side. Now they UA'ed me searched me over Nothing then moved me to the south side. The south side just did canteen and Mine Didnt come Because I orderd it on the opposit side. Now I Have to wait 2 weeks Again. Its Been 20 days since t talkd to family. this is wrong As fuck. I Apoiate, wigins, Abara, and Meader.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

To Whome is incharge of signing off or turning in canteen slips I went canteen emediatly And to whome are playing games grilled for Herrasment Pain And suffering.

MAY 30th 12pm                          Malikye R
Date                                   Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUN 02 2025 TRCI GRIEVANCE OFFICE | Returned For Correction JUN 18 2025 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*          CD 117 (11/2019)

Page: ____ of __  (3 page limit)    Grievance # TRCI-2025-OC-023

Official Use Only    Resubmit

# GRIEVANCE FORM

Name: Cox    Malikye    J    19049607    DSU-158B

Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Anyone who can be responsible

Please provide the date/time of incident giving rise to grievance: May 29th 2025 1:30am

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

During this two day passed out canteen. Nothing came well or may 11th I came to DSU staff would not let me get the paper work to fill out canteen. Because me, I was in Dry cells. This was around 12:30 when I got back from the hospital, then I was waiting for next canteen. They now moved me, the north side which Already did canteen, wiggins approved me getting canteen Anyways, whatcha? Cheered with brader And they put it on my white card I could still get canteen. The following week, A off week for the North Side, Now they waited me searched me over nothing then moved me to the south side, The south side just did canteen and Mine Dinot come because I crossed it on the opposit side, Now I Have to wait 2 weeks Again, Its been 20 days since I talked to family ya'll this is wrong as fuck. I Apreiate wiggins, whatcha and brader.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

– whoever is incharge of signing off or turning in canteen slips
– treat canteen emediatly and to whoever are playing games, grilled for Harasment Pain And Suffering.

MAY 20th 12ipm    Malikye Cox

Date    Signature

<table>
<tr><td>Receiving Facility<br>(If not processing facility)<br><br><br>Date Stamp</td><td>Received at Processing Facility<br><br>RECEIVED<br>JUN 02 2025<br>TRCI GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br><br>Returned For Correction<br>JUN 18 2025<br>TRCI GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br><br><br><br>Date Stamp</td></tr>
</table>



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
## Grievance - Returned for Correction(s)

**To:** Cox, Malikye Isahia                    **SID #:** 19049607        **Cell:** TRCI:01-20A
**From:** Rossi, H    *For A. Smith,*          **Date:** 07/16/2025
      *TRCI Grievance Coordinator*

**Re:** Non-Medical# TRCI_2025_06_152

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

I am returning your grievance as more information is needed. **Attach the mail violation notice.** I am also returning your grievance # TRCI-2025-06-152 to you, as it contains profanity.   Completely remove such content.

Future complaints received in the Grievance Office containing profanity, will be returned to you.

Please keep the tone and content of your grievances respectful.  291-109-0220 (1) If an AIC is unable to resolve an issue through informal communication, the department encourages the AIC to seek resolution of the issue by submitting a written grievance to the institution grievance coordinator using the department's approved AIC grievance form in accordance with these rules. As with informal communications, **AICs shall use a civil and respectful tone and manner in their written grievances to attempt to resolve the issue or concern.**

291-109-0215 (4) A grievance must include a complete description of the incident or issue being grieved, including date and time of the incident or issue being grieved, and the individual responsible for the incident or issue.

291-109-0225 (2) Grievances and grievance appeals returned for correction: (a) An AIC may elect to resubmit a grievance or grievance appeal that has been returned for correction to the AIC because it does not comply with these rules. (b) The grievance or grievance appeal may only be resubmitted twice and must be received by the institution grievance coordinator within 14 calendar days from the date when the grievance or grievance appeal was originally returned to the AIC.

Please be sure to include this return receipt with your resubmitted packet.

Note:  The entire grievance packet including all returned versions of your grievance, must be submitted together each time you resubmit a grievance.

291-109-0225 Grievance and Appeals General Processing Standards

(2) Grievances and Grievance Appeals Returned for Correction:
(a) An adult in custody may elect to resubmit a grievance or grievance appeal that has been returned to the adult in custody for correction because the grievance or grievance appeal does not comply with these rules.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections.  This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements.  If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Returned for Correction(s)

**To:** Cox, Malikye Isahia      **SID #:** 19049607      **Cell:** TRCI:01-20A

**From:** Rossi, H      **Date:** 07/16/2025

For A. Eynon,
TRCI Grievance Coordinator

**Re:** Non-Medical# TRCI_2025_06_152

(b) The grievance or grievance appeal may only be resubmitted twice and must be received by the institution grievance coordinator within 14 calendar days from the date when the grievance or grievance appeal was originally returned to the adult in custody.
(c) If corrected and resubmitted by the adult in custody, the return receipt and original grievance or grievance appeal must also be attached.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

SENT

JUL 1 6 2025

TRCI GRIEVANCE OFFICE

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: 1 of 1 (3 page limit)     Grievance # TRCI-2025-06-152

Official Use Only     Resubmit

# GRIEVANCE FORM

Name: Cox     Malikye     I     1904607     1-20A
___Last___     ___First___     ___Initial___     ___SID#___     ___Cell/Block/Bunk #___

Whom are you grieving: SIU

Please provide the date/time of incident giving rise to grievance: 6-20-25 10:56am

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Look I got A mail violation from my girl over a month agox IV
got letters sopost to be here week, two weeks, 3 weeks Ago
These Dudes have Been holding my mail for 2 months, I
know they have A stack of Art/tattoo/Drawing pictures.
It Doest tuke that long to swob test for Drugs or read my
Shit, IV Been getting horrassed for DR's I Did Not get
bcuse of my JG. Calls I was Assulted by staff,
Lied on DR papper work held in dsu, Past the Date
Legaly (covr) for Developed DRs Let out of DSU becuse
thei Doing illigal shit. just for them to try and bring
the DR Back, This hole time IV gotta No mail
exept magazins and institutechal mail.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I Need my Stuff. Period. I wont to be left alone and Not Harased
Im in fear of my inviorment becuse of the rules and shit that
has been broken. I wont thom to follow oregon Olavs

6-20-25
___Date___

___Signature___ (Malikye Cox)

<table>
<tr><td>Receiving Facility<br>(If not processing facility)</td><td>Received at Processing Facility<br><br>**RECEIVED**<br>**JUN 23 2025**<br>TRCI GRIEVANCE OFFICE</td><td>Accepted/Denied/RFC<br>**Returned For Correction**<br>**JUL 09 2025**<br>TRCI GRIEVANCE OFFICE</td><td>Accepted/Denied/RFC</td></tr>
<tr><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td></tr>
</table>

Page: ___ of ___ (3 page limit)    Grievance # _____

*Official Use Only*    Resubmit

## GRIEVANCE FORM

Name: Cox    Marlene    T    1000001    1-20A

Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: SIU

Please provide the date/time of incident giving rise to grievance: 6-20-25 10:56am

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Block I got A mail violation from my girl over a Month ago. I got letters suppse to be here week. Two weeks. 3 weeks Ago. These Dudes have been holding my mail for 2 months. I know they have a Stack of Art/tallco/Drawing pictures. It Deest take that long to swab a test for Drugs so read my shit. Iv Been getting herrassed for DR's I Did not get excuse of my IG calls I was Assulted by staff, lied on DR pepper work held in dou Past the relegaly (one) for Devrkped DRs let out of DU because these Dudes illegal Shit. yet the mean to try and break the OR back. This whole time Iv gotta No mail except Alluring and instatutchal mail

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I Need My stuff. Period. I want to be left alone and not herrerd I'm in fear of my infarment because of the rules and shit that has been broken. I wont these to follow oregach olavs

6-20-25

Date

*(signature)*

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** **JUN 23 2025** TRCI GRIEVANCE OFFICE | **Returned For Correction** **JUL 09 2025** TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*    CD 117 (11/2019)



# Oregon Department of Corrections (ODOC)
## Two Rivers Correctional Institution
### Grievance - Denied

**To:** Cox, Malikye Isahia

**From:** Rossi, H

For A. Evans

TRCI Grievance Coordinator

**SID #:** 19049607

**Date:** 07/02/2025

**Cell:** TRCI:01-20A

**Re:** Non-Medical# TRCI_2025_06_012

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

I am returning your grievance to you as you have not met the requirements under 291-109-0210. The grievance rule does not permit grieving an issue that an administrative review exists for.

291-109-0210 (4) An AIC cannot grieve the following: (d) Any matter that may be reviewed through a separate review process under the Department's rules: <u>Hearings has a separate review process</u>. (g) Misconduct reports, investigations leading to or arising from misconduct reports, <u>or disciplinary hearings, findings, and sanctions.</u>

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

**SENT**

**JUL 02 2025**

**TRCI GRIEVANCE OFFICE**

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: \ of \ (3 page limit)    Grievance # TRCI-2025-06-012

Official Use Only    Resubmit

## GRIEVANCE FORM

Name: Cox    Malikye    I    19049607    DSU-15EB
      Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Herings

Please provide the date/time of incident giving rise to grievance: May 30th 2025 11:07AM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

5/11/2025 I was taken to DSU, 5/14/2025 I was givin A DR. Its Been
well past 14 days. I looked up the ORS. This is a violation to my
8th Amendment (This is Not the first time Being violated) I feel there
Perpasly taking there time Because I can Beat my DR. Everyone
who came to DSU on 5/11/2025 All Had their Herings, why Not.
Me. Its Been 20 Days, only when I Have A Bogus DR, they
seem to only Be backed up for seritain Individuals, they Do
this to me All the time. The Amount of time I should serve is
Less than what I Had to sit Back there for, when I Ask to
Be Dismissed with predgidic they say how is it pregidice to you, well
Dibbit interfere to my freedom and Right and Do process,
Im innocent And Doing time

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I want justice, Freedom, To Whom responsible for Breaking there own
Rules, compinsetion, for mental Health, Pain And suffering, To
Be move Somewhere I wont Be Horrassed.

May 30th 2025
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUN 02 2025 TRCI GRIEVANCE OFFICE | DENIED JUN 18 2025 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: ___ of ___ (3 page limit)     Grievance # _____     Resubmit _____

*Official Use Only*

# GRIEVANCE FORM

Name: Cox                Malique            I          13101961607          Row 15BB
_____
        Last              First            Initial        SID#              Cell/Block/Bunk #

Whom are you grieving: Hearings _____

Please provide the date/time of incident giving rise to grievance: May 31st 2025 11:17AM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

5/11/2025 I was taken to DRU. 5/14/2025 I was given a DR. It's Been
well past 14 days. I looked up the CRS. This is a violation to my
6th Amendment (This is not the first time Being violated) I feel there
Deliberately taking there time Because I can Beat my DR. Everyone
who came to DRU on 5/11/2025 All Had there Hearing. Why Not
me. It's Been 20 Days. only when I Have a Bogus DR, they
Seem to only DR Backed up for certain Individuals, their DO
this to give All the time. The amount of time I shall serve I
less than what I had to sit Back Here for when I ask to
Be Dismissed with prejudice they say how is it prejudice to - be well
Deliberate indeference to my freedom and Right and Do Process.
Im innocent and Doing time

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I want justice. Freedom, so when responsible for Breaking there own
Rules, compensation for mental Health, Pain and suffering. To
Be more somewhere I want be harassed.

___May 30th 2025___                          ___/s/ Malique___
Date                                          Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** JUN 02 2025 TRCI GRIEVANCE OFFICE | **DENIED** JUN 18 2025 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |



# Oregon Department of Corrections (ODOC)

## Snake River Correctional Institution

### Grievance - Denied

**To:** Cox, Malikye Isahia    **SID #:** 19049607    **Cell:** SRCI:3F34B

**From:** Bell, M    **Date:** 10/21/2025

*for K. main*

**Re:** Non-Medical# SRCI_2025_10_095

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

Grievances must be received by the institution grievance coordinator or designee within 14 calendar days from the date of the incident or issue being grieved, unless the AIC can satisfactorily demonstrate why the grievance could not be timely filed. Untimely grievances will be denied and returned to the AIC with a statement of the rule.

An AIC may not submit a grievance regarding misconduct reports, investigations leading to or arising from misconduct reports, disciplinary hearings, findings, sanctions.

Your grievance has not demonstrated how it qualifies under 291-109-0210. You have not demonstrated misapplication of departmental policies, rules, or other directives, unprofessional actions of department employees, volunteers, or contractors, inadequate medical or mental health treatment, or excessive use of force by department employees.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: 1 of 2 (3 page limit)    Grievance # SRCI 2025 10-045

*Official Use Only*    *Resubmit*

## GRIEVANCE FORM

Name: Cox     Malikye     I     19049607     F-34B
_____ Last     First     Initial     SID#     Cell/Block/Bunk #

Whom are you grieving: Hering/F.U. actiona, unit Manager

Please provide the date/time of incident giving rise to grievance: Sep-18th 2025 8:AM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Some How I missed my Hering for fines, the peac OF paper I had was on
Mainline, So I didnt know the date in the hole, I did Not mean or
went to miss this, on the 19th they gave me A for 3 finding, It said
on it there was No Availible Information about fines I owed to
medical Restitution, thats becuse there wes Neher If Anything
I Should have Been Charged over fine, Nothing els, Even cdoc staff
told me Since the Ambulence, didnt pick me up I shouldt be
Finde, We took A cdoc, Regular Sudan type car, At the Hospital
they Found Nothing in A x-ray and Nothing from the Dry
Cell. Some How the Herings officer Still found me gulty on Her
Say, when there is proof I was being Harrassed, this is A
extention to that incident I Already Grieved, They Droped

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Look, I was Allready gulty for Somthing i didnt do, logere
Sniped me cut becuse they wer treating me unfairly
I just went the fines Droped or it to be rettributed

Date: 10-8-25

Signature: *[signature]*

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED OCT 11 2025 SRCI/SRCM GRIEVANCE OFFICE | DENIED OCT 17 2025 SRCI/SRCM GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page.* Distribution: White (Original grievance form); Canary (AIC receipt after processed)     CD 117 (11/2019)

Page: _____ of _____ (3 page limit)    Grievance # SRCI 2025 10-045    Resubmit

Official Use Only

# GRIEVANCE FORM

Name: Cox        Malikye        I        1909607        F-34B
      Last        First        Initial        SID#        Cell/Block/Bunk #

Whom are you grieving: Hering / F.u. actiona unit Manager

Please provide the date/time of incident giving rise to grievance: Sep-18th 2025 8-AM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Some How I missed my Hering for fines, the peac OF paper I had was on
Mainline. So I didnt know the dete in the hole, I did Not Mean or
Went to miss this. on the 19th they gave me A fev's finding. It said
on it there was No Availibe information about fines I owed to
Medical Restitulion, thats becuse there was Nohev. If Anything,
I should have Been charged over time. Nothing else. Even cdcr steff
told me since the Ambulence, didnt pick me up I shoud't be
liade. we took A once Regular sub-type ccv At the Hospital
they found Nothing in A x-ray and Nothing from the Dry
Cell. Some How the Herings officer still found me guilty on Hear
Say. when there is proof I was being harrassed, this is A
extention to that incident I Alreedy Greeved. They D-wiped

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Look, I was Alreedy guilty for something i didnt do. before
Swiped me out becose they wher treating me unfairly
I just want the fines Droped or it to be reevalatuted

Date: 10-8-25°

Signature: [signature]

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)

Page: _2_ of _3_ (3 page limit)     Grievance # _SRCI 2025 10 013_

*Official Use Only*          Resubmit

## GRIEVANCE FORM

Name: __CCX__    __Malikaye__    __I__    __19049607__    __F-343__
      Last        First         Initial    SID#          Cell/Block/Bunk #

Whom are you grieving: __Herings / Functional Unit Manager__

Please provide the date/time of incident giving rise to grievance: __18th Sep 2025 8AM__

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

my DR. over 17 days, Legal time frame, is Eather 10 - or
14 days. I was in the hole over 30 days, so they could
Not At seg me, they held me Almost 10 or more days
over the legal time frame. so they relised me becuse
it was illegal, then Some how they styl gave me a DR.
and Found me gulty. they broke tens of laws. Latter
they said we Forgot to charge you, so here is Another
Hering for 3100 dollars. There was No medical fines
or fees becuse i dint Do Anything.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

reccikulated, to over time and gass with couldnt
Be more than A couple hundred dollars.

__10-16-25__                          [signature]
Date                                  Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED OCT 11 2025 SRCI/SROM GRIEVANCE OFFICE | DENIED OCT 17 2025 SRCI/SROM GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*     CD 117 (11/2019)

Page: ___ of ___ (3 page limit)    Grievance # SPCT 2025 10-05

*Official Use Only*              Resubmit

## GRIEVANCE FORM

Name: Cox          Malikye         I         19049607         F-34B3
   Last            First           Initial          SID#          Cell/Block/Bunk #

Whom are you grieving: Hearings / Functional Unit Manager

Please provide the date/time of incident giving rise to grievance: 18th Sep 2025 11AM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

my D.R. over 17 days, Legal time frame, is Father 10-cv 14 days. I was in the hole over 30 days, so they could Not Dt Seg me, they held me almost 10 or more days over the legal time frame. So they relised me becuse it was illegal, then Some how they still gave me a D.R. and Found me gulty they broke tens of laws. Father they said we Forget to charge you, so here is another Hearing for 3100 dollars, There was No medical fines or fees becuse i dint Do Anything.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

recalculated, to over sive and gass witth cooldnt Be more than A couple hundred dollars.

10-10-25 :
Date                                        Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |



# Oregon Department of Corrections (ODOC)
## Snake River Correctional Institution
### Grievance - Denied

**To:** Cox, Malikye Isahia          **SID #:** 19049607          **Cell:** SRCI:DSA09
**From:** Bell, M *for K. Main*       **Date:** 12/05/2025

**Re:** Non-Medical# SRCI_2025_11_151

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

Your grievance has not demonstrated how it qualifies under 291-109-0210. You have not demonstrated misapplication of departmental policies, rules, or other directives, unprofessional actions of department employees, volunteers, or contractors, inadequate medical or mental health treatment, or excessive use of force by department employees.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: 1 of 3 (3 page limit)    Grievance # SRCI 0025 11 151

Official Use Only    Resubmit

## GRIEVANCE FORM

Name: Cox    Malikye    I    1904607    DSU-39B
 Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Legal Library / Main / DSU

Please provide the date/time of incident giving rise to grievance: 11-13-25 · 8am

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Look, I had mental Hlth problems on Mainline, So yes, Some of the timing was my falt. I had legal stuff I had Dead lines for, greavences. Law library took over Awiek to respond, I needed Help the Lidigation Manual, exetra. Well I came to DSU After the hospital. How if I'm not in the right mind responsible for legal rights Don't fellow to DSU. I then emedeietly put in a DSU law library. I had to Ask CO's for Almost A week or more to get one, I was out of time Along time Ago. legaly they Already made it impossible to legaly Defend myself, or Bring light to Poor ODOC Situations ODOC, Constantly, Between unrealistic rules, CO's Every institution has Diffrent rules. At TRCI, All I had to Do was kyte, Legal Pull, Here there is A special housing fear losing less time

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I want equality, fair treatment. Not taken Advantag of By the System. We should Be judge By our Sincerity and By want to help echother Change this place to

Date: 11-13-25

Signature: Malikye Cox

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED NOV 18 2025 SRCI/SROM GRIEVANCE OFFICE | DENIED NOV 20 2025 SRCI/SROM GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)

Page: ___ of ___ (3 page limit)    Grievance # _____

Official Use Only          Resubmit

# GRIEVANCE FORM

Name: _Cox_ _Malikye_ _I_ _19CV9607_ _DSC-39B_
Last          First          Initial          SID#          Cell/Block/Bunk #

Whom are you grieving: _Legal Library / Man / DSU_

Please provide the date/time of incident giving rise to grievance: _11-13-25 · 8am_

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

_Look, I had mental health problems on mainline, so yes, some of the timing was my fault. I had legal stuff I had deadlines for, grievances. Law library took over a week to respond. I needed help on litigation manual, exedra. Well I came to DSU after the hospital. How if I'm not in the right mind responsible or legal kytes. Don't allow to DSU. I them "emedeietly put in a DSU law library. I Had to Ask CO's for Almost A week or more to get one. I was cut off due Along time Ago. legaly they Already made it impossible to legaly Defend myself. or Being light to Poor DOC Situations. ODOC Constantly. Between unrealistic rules, CCs every institution has different rules. At TRCI, All I had to do was kyte, legal Aid. Here there is A special housing fear losing less time._

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_I want equality, fair treatment, Not taken Advantage of By the System. We should be judge by our sincerity and by want to help each other Change this place to_

_11-13-25_          _Malikye Cox_
Date                          Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: ___ of ___ (3 page limit)    Grievance # SRCI 2025 11 131

*Official Use Only*    *Resubmit*

# GRIEVANCE FORM

Name: Cox    Malikye    I    19CU9607    DSC-39B
    Last        First      Initial      SID#      Cell/Block/Bunk #

Whom are you grieving: Legal Lybrary Main/DSU

Please provide the date/time of incident giving rise to grievance: 11-13-25 8AM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Due to Not consistant, ODOC legal rules At institutions, Medical wouldnt give me paper for almost 4 days. The 8th states you have to show objective components & subjective components. the System is Set up so Staff can Abuse power, IV Ask for SRG Lt. And they Bond together, He Say No or they will But Days Will go by every day Asking the same in Hoping I can Show Stuff, ODOC, take Staffs word even If IV proven Honesty And paper trail, still greavences are Sent to the Govener. they Dont Read it. Atomaticly Print Sight and Now Ither screwed, Not All inmats are Honest Neather CCs or Anyone, the opsticals Put in prisoners Ways & And the Defence the State and Union have

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Help Both partys. If we reabilitat inmates and Reabilitate the ODOC, or government System, Rather than No one teking Blame or credit, we could Actually Make

11-13-25    *Malikye Cox*
Date    Signature

<table>
<tr><td>Receiving Facility<br>(If not processing facility)<br><br><br>Date Stamp</td><td>Received at Processing Facility<br><br>RECEIVED<br>NOV 13 2025<br>SRCI/SRCM GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br>DENIED<br>NOV 20 2025<br>SRCI/SRCM GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br><br><br>Date Stamp</td></tr>
</table>

Page: ___ of ___ (3 page limit)     Grievance # _____     _____

Official Use Only          Resubmit

## GRIEVANCE FORM

Name: Cox          Malikye          I          19CU9607          DSC - 39B
       Last         First          Initial          SID#          Cell/Block/Bunk #

Whom are you grieving: Legal Lybrary Main/DSU

Please provide the date/time of incident giving rise to grievance: 11-13-25 8AM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Due to 4 scAssistant once legal rules N networking, Medical wouldnt give me paper for almost 4 days. The 8' states you have to show objective componets 3 subjective componets. the system is set up so staff can Abuse power, I v ask for SRG1 4 And they Bend together, He say No or they will But Dr/t will go by every day Asking the same in Hering I can show stuff. ODOC, lake staff's word even If Iv proven Honesty And paper trail. still greavences are sent to the governer, they Dont Read it Atomaticly print sight. and Nd/ i other screwed. Not All inmate are Aware Neather COs Nor Anyone the opstacals Put in prisoners ways 3 And the Defence the State and union have

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Help Both partys. If we reabilitat inmates and Facilatate the ODOC, or goverment system. Rather than No one takeing Blame or credit, we could Actually Make

Date: 11-13-25          Signature: Malikye Cox

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)          CD 117 (11/2019)

Page: 2 of 3 (3 page limit)    Grievance # SRCI 2025 14 151

Official Use Only    Resubmit

## GRIEVANCE FORM

Name: Cox    Malikye    I    1904960?    DSC-39B
Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Legal library Main/DSU

Please provide the date/time of incident giving rise to grievance: 11-13-75 9AM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

It's for A fact gross and Discustingly unfair, As humans we should Be finding People from oposing sides And veiw People who Are Not BAias, I can admit when Im wrong or deserve Punishment. But weather its Legal Phisical, Helth, Mental Health, once Always Abuses inmates and the goverment sides with its self. When Are we going to work together, to make life easyer for Both. Yes I Did crime Im serving Punishment, I have rights But Not Really, we Need reabilitation, more good Insentives, Iv Asked for A law library kyte for 2 weeks, Now I cant Defend myself J that ok for you guys to Do.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

A diffrence in the world, our punishment leeds to career Crimenals, Due to Abuse of justice system, we Need reabilitation for Both sides to help every one. B genuine.

11-13-25    Malikye Cox
Date    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED NOV 13 2025 | DENIED NOV 20 2025 | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page # ___ of ___ (3 page limit)     Grievance # _____

*Official Use Only*     *Resubmit*

## GRIEVANCE FORM

Name: Cox          Malikye          I          1904607          DSU - 39B

Last          First          Initial          SID#          Cell/Block/Bunk #

Whom are you grieving: Legal library Main/DSU

Please provide the date/time of incident giving rise to grievance: 11-13-25 8AM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Is for A fact gross and Disgustingly unfair, As humans We should Be finding people from oposing sides And veiws people who are not Bias. I can admit when Im wrong or deserve punishment, But weather its legal Physical, Helth, Mental Health, once Always Abuses invades and the goverment Sides with its self. When Are we going to work together to Make life easyer for Both. yes I Did crime Im serving punishment, I have rights But Not really, we Need reabilitation, More good Incentives, IV Asked for A lawlybrary Kyte for we weeks Now I cant Defend Myself is that ok for you guys to Do.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

A difference in the world, over punishment leads to career Criminals, Due to Abuse of justice system, we Need reabilitation for Both Sides to help every one, B genuine.

11-13-25                              *Malikye Cox*

Date                              Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*          CD 117 (11/2019)



# Oregon Department of Corrections (ODOC)
## Snake River Correctional Institution
### Grievance - Denied

**To:** Cox, Malikye Isahia

**From:** Bell, M *for K. Main*

**SID #:** 19049607

**Date:** 11/19/2025

**Cell:** SRCI:DSC39

**Re:** Non-Medical# SRCI_2025_11_033

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

Your grievance has not demonstrated how it qualifies under 291-109-0210. You have not demonstrated misapplication of departmental policies, rules, or other directives, unprofessional actions of department employees, volunteers, or contractors, inadequate medical or mental health treatment, or excessive use of force by department employees.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: ___ of ___ (3 page limit)    Grievance # SRCI 2025 11 035

Official Use Only    Resubmit

# GRIEVANCE FORM

Name: Cox        Maikye        I        19049607        DSM6B

Last        First        Initial        SID#        Cell/Block/Bunk #

Whom are you grieving: STM/E.,M/BHS, Herings)

Please provide the date/time of incident giving rise to grievance: Oct 30th 25/11:57 AM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Look, IM Not A Angle, But ODOC, Has Done me so foul over th years. I have because mental Health issues, some from past trama, trom in Here, From Staff, Herings DSU. I have multiple feelings And personality's, I have sage episodes And seasors, Alot wase, Pluse PTSD, and manic Depression Bipolar and OCD. it goes on, every time Im ever in Need of Help or willing to talk, I get ignored. I sent STM multiple Kytes over the months, First of, If I was gay or A cop or regular, AIC'S I can't get STM cop. But if Im A gang member, Nope! (Discrimination) you can Not target groups even if ther gangs). In every single DR or greavince or Anything you guys Do, I get punished fined, you guys continuously, A misaplication of rules, Departmentpolicys other Directives unprofessional employees, Volunteres contractirs

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

(1st, Drop My DR, give me Adic't Care. And Punish staff Apperatly just like Aic. I was laughed At By your Aelf, I Promise you By the grace of god, I Am going to Federal Court ODOC is (hanging)

Nov 5th/25

Date                    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED NOV 06 2025 SRCI/SROM GRIEVANCE OFFICE | DENIED NOV 07 2025 SRCI/SROM GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: ___ of ___ (3 page limit)    Grievance # _____

Official Use Only            Resubmit

# GRIEVANCE FORM

Name: Cox        Mankye        I        19049607        DSM 6B
   Last        First        Initial        SID#        Cell/Block/Bunk #

Whom are you grieving: STM / E.u.M / BHS, Herings)

Please provide the date/time of incident giving rise to grievance: Oct 30th 25 / 11:57 AM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Look, I'M Not A Angle But ODOC Has Done Me so foul over the years. I have Because Mental Health issues, some from past trama, trauma in Here. From Staff Herings Dr.s. I have multiple feelings And personality's I have seve episodes And seasorts. Not nice Plus PTSD, and manic Depresson Bipolar and OCD. it goes on every time im ever in Need of Help or Willing to talk, right ignored. I sent STM multiple kytes over the months, First of, If I was gay or A cop or regular ATC's I cant get STM lop. But if i'm A gang member Nope! (Discrimination) you can Not target groups even if tes gangs. In every single DR, or greavince or Anything you guys Do, I get pinished fined, you guys continuously, A Misaplication of rules, Dapartmentalicy other Directives unprofessional employees, Volunteres contractors

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

1st, Drop my DR, give me Adict Care, And Punish staff Appreatly just like Aic. I was laughed At By your staff, I Promise you By the grace of god. I Am going to Federal Court ODOC is changing

Nov 5th/25
Date

Signature: _____

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: _2_ of _2_ (3 page limit)    Grievance # _SRCI 2025 11 083_    Resubmit

Official Use Only

# GRIEVANCE FORM

Name: _Cox_    _Malakye_    _C_    _19049607_    _DSA 6B_
Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: _Functional unit M, STM, BHS, Heenys, Bosses_

Please provide the date/time of incident giving rise to grievance: _10.5.25, 10: AM_

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

We Are Heald to rules & expectations, You get A pass. If u know the law, why do you get unlimited Shild And Protection, If Anything you Should Be punish just As everyone els. You Dont Belive you lie By your Prreception of what you see And Here But lack the knowledge of What Happen. A few staff members, Bosses of STM extended A hand, I was Not in the right mind to except, Because I dont want to be Mean And rude, Im taking So Many Schyc Meds, Becuse, A I cant talk to love ones, No support. 2, Im ready for help And change, But All Docc offerse, is Punishment, IV guot over 5 years in seg, Im Accidentally Killing Myself to stop Voices, Seasures

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Trama, D to over Punishment, you minipulete rules and the law Changed, I read Case law, Oregon, Lidigation Manuel- All you cc. Prefend like you knew rules. All

_11.5-25_
Date

_[signature]_
Signature

<table>
<tr><td>Receiving Facility<br>(If not processing facility)<br><br><br><br>Date Stamp</td><td>Received at Processing Facility<br>RECEIVED<br>NOV 06 2025<br>SRCI/SRCM GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br>DENIED<br>NOV 07 2025<br>SRCI/SRCM GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br><br><br><br>Date Stamp</td></tr>
</table>

Page: _ of _ (3 page limit)    Grievance # ~~SRCI 2025 14 003~~

Official Use Only    Resubmit

# GRIEVANCE FORM

Name: Cox    Malikye    C    19549607    DSA 6B
Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: Functional unit M, STM, BHC, Heengs, Bosses

Please provide the date/time of incident giving rise to grievance: 10.5.25, 10: AM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

We Are Heald to rules 3 expectations. You get A pass. If U
know The law, why do you get unlimited Shild And
Protection, If Anything you should Be punsh just As
everyone els. You, Dont Belive you lie By your proception of
What you see And Here But lack the knowledge of
What it Happen. A few staff members, Bosses of STM extend
ed A hand, I was Not in the right Mind to exept, Be
Cuse I dont want to be Mean And rude, Im taking so
Many schys Meds, Becose, A I cant talk to love ones,
No support. 2, Im realy for Help And change, But All
Dee office, is Punishment, IV got over 5 years In seg.
Im Accidentally Killing Myself to stop Voices, seasers

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Trama, Do to over Punishment, you Minipulete rules and
the law Changed, I read Case law, Oregon, Lidigation
Manuel. All you CC. Pretend like you know rules, All

10.5.25
Date

_(signature)_
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)

Page: __2__ of __5__ (3 page limit)    Grievance # ____SRCI 2025 11 035____

Official Use Only    Resubmit

# GRIEVANCE FORM

Name: __Cox__  __Malkye__  __I__  __1904607__  __DSA GB__

Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: __STM, Emctiana u M) Bks, Hising/Bosses__

Please provide the date/time of incident giving rise to grievance: __10-30-25__

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Staff knows, they Make roles up. we went from less DSU to okq well lets make lcp 3x As long up to 3 months. All people Need is comunication, A hand for help. Im dieing from stress Disorders, from you Abusing laws to your Advantage to hurt AIC, Every oDoc Imploye knows somthing wrong. IV Been Asking for help for months, And Been ignored. I did Not intend on trying to kill myself. Im So Isolated, that my thoughts are tricking me into tryping to Make the Suffering stop yet Here I am in Need, And you have the Audasity to Charge And Blame me, you unfair Biviest People youve only worked one sid of life, How Can you judge

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Me, Charge me, or fine me or punish me this is All of oDoc, America, Police, Public Defenders faults. we Need unity. I Nee Help Not Hurt AIC I will show

__11-5-25__

Date

Signature __Malkye Cox__

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED NOV 06 2025 SRCI/SRCM GRIEVANCE OFFICE | DENIED NOV 07 2025 SRCI/SRCM GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)

Page ___ of ___ (3 page limit)    Grievance # _____    Official Use Only    Resubmit

# GRIEVANCE FORM

Name: Cox            Malikye            I            IGCNG607            DSA G3
      Last            First            Initial            SID#            Cell/Block/Bunk #

Whom are you grieving: SIM, Emotional wM) Bric, Hering / Bosses

Please provide the date/time of incident giving rise to grievance: 10-30-25

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Staff knows, they Make rules up. we went from less DSU
to ck? Well lets Make lcp 3x As long up to 3
Months. All people Need is comunication, A hand for
help. Im dieing from stress Disorders, from you Abusing
laws to your Advantage to hurt Aic, Every oDoc
Imploye knows somthing wrong. Iv Been Asking for help
for Months, And Been ignored. I did Not intend on trying
to kill myself, Im so Isolated, that my thoughts are
tricking me into trying to Make the suffering stop
yet Here I am in Need. And you have the Audasity
to Charge And Blame me, You unfair Biest People
youve only Workrd one Sid of life, How Can You judge

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Me, Charge me, or fine me or Punish me. this is All
Of oDoc, America, Police, Public Defenders falts.
We Need Unity. I Ned Help Not Hurt More I will slow

11-5-25
Date

_Malikye Cox_
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*    CD 117 (11/2019)



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** DSU, CT, Saldivar / Mclean   Box 233   **Date:** 11-29-25

State your issue in detail: look this is my 3rd Dsu, shot Back to Back to Back I came her for A secure and seycesis, BHS / Mid Helth, unfirly i still get A DR. who cares At this point, ech hole shot, I Dont get my Raidio, or I get set Right Befor the 30 day merc state law is After A sesition Amount of Dsu / Iop we Are supost to set privleges, oboc kind of goes Around the law By policey, look peuple Doing 90 get Highing and teblet, Im going on 4 to 6 Months of No human contact on the st. and tab or Highing iopcs. Due to Mentel illness I Now cure 3,000 + this New Hospitel visit. this is the only time i'll have money and STM, Wont give Me my Radio, or glasses or legal work. I dont Want To By Another raidio, please, con I get the Highine, Mclean, Seem open to talking about it and Helping on Monday I Also wrote cleaver. Please thank

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Malikye Cox | 19049607 | DSU - 233 |

Response/Action Taken: You sincrly, God Bless, in Jesus Name Amen

Date Received: _____   Referred To*: _____

Date Answered: _____   Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**TO:** DSU Property B·235     **Date:** 11-9-25

State your issue in detail: Can I please get my (glasses Gucci) My (Address Book, with Pix of my Girl taped on it) Can I get my (Radio CD2o, Batterelys) I Dont know if I have lopes But I need thoughts to if there. IV Been Asking for a legal pull I'm New out of time for stuff Due to multiple things. Please 3 thank you. I Come in on the 30th

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| C. Michael Kyle | 19049607 | DSC-39B |

Response/Action Taken: At this time I do not have access to your property Kyle STM.

Date Received: 11/12/25     Referred To*: _____

Date Answered: 11/12/25     Signature of Staff Member: Carrier

*If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: _B2J3_      Date: _10-25-25_

State your issue in detail: _Look I have Dead lines For paper work. Im Sycotic, And have mental Health seasures and other time Disapears, I want to the hospital, starting to Recover memory, Now Im cut of Time, How Are the legall, Peramiters, for legal pills, Dead line times, how Are they fair, I Need my Address Book, glasses Plies, 7 thank you._

AIC Committed Name (first middle last)

| SID# | Housing Unit |
|------|-------------|
| 19C4G607 | DSH 6B |

Response/Action Taken: _Please contact STM for property at box #B379. Your property is located and managed by STM at this time - thank you! *Anything pulled needs STM approval*_

Date Received: _____ Referred To*: _____

Date Answered: _____ Signature of Staff Member: _____
*If forwarded, please notify the AIC

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _B-232_      Date: _10-31-25_

State your issue in detail: _Can I please get my glasses my Radio_
_My Bettoreys My Adress Book with the picture_
_Of my Girl's Kid on it Pease And thank you_
_BHS Should Have Approved it, It would_
_help me emensly_

_Can I also get the Bible_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| | 19049607 | DSA GB |

Response/Action Taken: _____

Date Received: _____ Referred To*: _____

Date Answered: _____ Signature of Staff Member: _____
'If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: _DSU Property Box 233_     Date: _11-25-25_

State your issue in detail: _Can I please get my Gucci glasses, my Address Book, laps if there is Any, my Radio, Batteries, CL 20. I just talked to LT mclean and I'm waiting to here from LT Soldiver, I keep getting Back to Back to Back DSU and Icp. it's Been 4 almost 6 months without Raidio, glasses or property. it's Been told By STM. Can You check in with Soldiver or mclean, so I can get my Stuff. Dudes Doing 90 + get more privilges tablet, order music exetera, my first hole shot 25 days i get my stuff on the 24th day on Icp then come back down befor Icp was up, then No glasses No property Notein for the next hole/Icp. this is my third, Can I Please get my stuff. Sincerly, or talk to A Lt that Can help. Sincerly, God Bless Jesus Name Amen_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Markye Cox | 19CL1960 7 | DSA 9B |

Response/Action Taken: _Please ~~for~~ forward your request to STM for property pull— thank you!_

Date Received: _____     Referred To*: _____

Date Answered: _____     Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** Box-2-33      **Date:** 12-3-25

State your issue in detail: law lybrary, keeps Doing A inposible loop
I Dint Have my paper work, How can I Sihe you tt
I Need All my papers, Anywher els lets me get
my clune, just By kyte, this is walicus,
Please Help Dude, it's Alot worse than what I'm
explaining I'm just exsested of ignored kytes
or contridicting law lybrary ones

There Asking spacific papers, To many for 1 and 2
legaly staff isnt supest to look, Thats why inmates
Pull there own other places, In graved law lybrary 2x
All sorts of stuff, Please just Bring me all papers pleas

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Malikye Cox | 19049607 | DSA - 9B |

Response/Action Taken:

Date Received: _____    Referred To*: _____

Date Answered: _____    Signature of Staff Member: _____
*If forwarded, please notify the AIC

CD 214 (02/2020)



# Oregon Department of Corrections (ODOC)
## Snake River Correctional Institution
### Grievance - Denied

**To:** Cox, Malikye Isahia     **SID #:** 19049607     **Cell:** SRCI:DSA09

**From:** Main, K     **Date:** 12/09/2025

**Re:** Non-Medical# SRCI_2025_11_033

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

**<u>A denied initial grievance or appeal cannot be appealed.</u>**

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: ____ of ____ (3 page limit)    Grievance # 8RC1 2025 11 055

Official Use Only    Resubmit

## GRIEVANCE APPEAL FORM

Name: Cox          Malikye      I        10049607        DSA - 9B
       Last          First      Initial      SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I got # 109 Grevence review system. In my greavence, kyting for Help, And Being ignored or Not getting A Kyte Back is Abuse of Power And Rules. STM lop, is group punishment allso Discrimination. Your policey And rules, go Against state / Federal laws, for isolation, we changed rules to get Raidios privleges. You make policeys that go Against law, ok 14 days for property. Thats Not law, its made up for loryness. And Still, we dont get property for 25 30 days. Abuse of power and punishment. Things you get 14 days for A Pollmey (PCS) Drugs, is 30 to 60 to 90 DSU. Pluse 30 to 60 to 90 Lop. You manipulated policey to "Change to state regultin" we Are Still going Anywhre from 1 to 6 months No privleges. Peple Doing more tim in hole And lop get teliot, exetral

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

I would love ODoc, to Change its Ruled and Policys to Real legal laws and Standards Not just Act or Manipulate tecnicalitys to Still Abuse inmates

11-25-25                                    [signature]
Date                                         Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED DEC 01 2025 SRCI/SRCM GRIEVANCE OFFICE | RECEIVED DEC 05 2025 SRCI/SRCM GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: _____ of _____ (3 page limit)

Grievance # _____

Official Use Only                    Resubmit

# GRIEVANCE APPEAL FORM

Name: Cox          Malikye      I       19049607         DSA - 9B
       Last          First        Initial      SID#         Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I get # 109 Grevance review system. In my greevance, kyting for Help, And Being ignored or Not getting A Kyte Back is Abuse of Power And Rules, STM lop, is group punishment also Discrimination. Your policey And rules, go Against State/Federal laws. for isolation. We changed rules to get Raidos privileges. You make policeys that go Against law, ok 14 days for property. thats Not law its made up for loryness. And still, we don't get property for 25 30 days. Abuse of power and punishments. Things you get 14 days for A Pollicey (PCS) Drugs, is 30 to 60 to 90 DSU. Pluse 30 to 60 to 90 Lop. You manipulated policey to "change to state regulation" We Are still going Anywhere from 1 to 6 Months No privileges. Peple Doing more time in lock And lop get tablet, exetial

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

I would love ODOC, to Change its Rules and policeys to Real legal laws and standards Not just Act or Manipulate tecnicalitys to still Abuse inmates

11-25-25                                    _Malik Cox_
Date                                         Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*See back page for filing information. Distribution: Green (Original appeal form); Goldenrod (AIC receipt after processing)*          CD 117C (12/2024)

Page: ____ of ____ (3 page limit)   Grievance # _SRCI 2025 11 035_   Resubmit ____

Official Use Only

# GRIEVANCE APPEAL FORM

**Name:** _Cox_    _Malikye_    _I_    _1904607_    _DSA-9B_
Last        First        Initial        SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

Dates Ding less time, then going to lop, got No tablet, Radio, Highing, then Due to Staff Negleagence I come Back. Staff Holding property passed "A made up Lazy 14 day rule" is Abuse Neglegence. I'm Down Here for A soycosis And secure for A hospital trip. I Allmost Died, Due to ODOC Meds Mix/ Stress/ Isolation/ Abuse cc MS,AP of rules Regulations, BHS lost 12 years of Diagnosises, there sipost to train Staff, for Mentall Illness. I Realled out to staff BHS, they New I couldnt Function or had control of my illness, ODOC, At Snake Has known me 5 years, even though BHS lost my info. Staff Knows I'm crazy And Have illness, They Wrote A suicide DR for sesure And scycosis, miss Reading and judging

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

ether, Mentally, emotionaly, or Phsically, give us fair treatment. obide the law. we Are held to law, And ODOC, made up ruler and regulations!!

_11-25-25_
Date

_[signature]_
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED DEC 01 2025 SRCI/SRCM GRIEVANCE OFFICE | DENIED DEC 05 2025 SRCI/SRCM GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: ___ of ___ (3 page limit)    Grievance # ~~SKU 2025 11 055~~    1

Official Use Only    Resubmit

# GRIEVANCE APPEAL FORM

Name: Cox    Malikye    I    19049607    DSA-9B

Last    First    Initial    SID#    Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

Dates Doing less time, then going to Icp, got No tablet, Radio, Hianing, then Due to Staff Neglangence I came Back. Staff Holding property passed "A made up Lazy 14 day rule" is Abuse Neglagence. I'm Down Here for A seycosis And sesure for A hospital trip, I Allmost Died, Due to ODOC Meds Mix / stress / Isolation / Abuse or MS,AP of rules Regulaters, BHS lost 12 years of Diagnosises, there supost to train Staff, for Mentall illness, I Reached out to Staff BHS, they New I couldnt Function or had control of my illness, ODOC, At Snake Has known me 5 years, even though BHS lost my info Staff Knows Im crazy And Have illness, They Wrote A suicide DR for sesure And scycosis, Miss Reading and judging,

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

etter, Mentally, emotionaly, or Phsically, give us fair treatment obide the law, we Are held to law, And ODOC, made up rules and regulations

11-25-25

Date    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: _____ of _____ (3 page limit)

DC # _Sca 0065 11 033_

*Official Use Only*

Resubmit

# DISCRIMINATION COMPLAINT APPEAL FORM

Name: _Cox_        _Malikye_        _I_        _19049607_        _DSA -9B_
        Last            First            Initial        SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the initial discrimination complaint response. (Attach original discrimination complaint form and staff response.)

or writing A improper DR Puts me in danger of other inmates, Due 2 Staff, Neglegence, IV Asked to speck to LTs capts exetra, No kytes, No inperson talks, It took over A Month to make A IG call, In my greevence what IV said Does show misAp of policeys, Rules, unprofessionalizm, inadiqute Mental or medical Help, it shows Deliberat indifcence, Neglegance and grossly over Punishment with someone will mental illness or Disibilitys, To Ask for A IG call, "24hrs", even kytte, took over 30 days, How can you say your doing A ligit legal ethical Due Prosses, your Due Prosses Deines everyone and makes it hard for illitoret or disleckic to get help aleses from property, everything about ODoC Rules Policeys go Against State 3 Federal law,

Describe what action you want taken to resolve your complaint. (How can the problem be solved?)

Not 1 of them is helped or held esponible for Abuse, grossly Punishment or mental Deteceloration. Please help thosn who really Need it

_11-25-25_
Date

_____
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED DEC 0 1 2025 SRC/SRCM GRIEVANCE OFFICE | DENIED DEC 0 3 2025 SRC/SRCM GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For discrimination information see back page. Distribution: Green (Original discrimination form); Goldenrod (AIC receipt after processed)        CD 1689 (11/2019)

Page: ___ of ___        DC # _____
(3 page limit)                              *Official Use Only*        Resubmit

## DISCRIMINATION COMPLAINT APPEAL FORM

Name: __Cox_____ __Malikye__ __I__   __19049607__   __DSA-9B__
      Last        First        Initial      SID#       Cell/Block/Bunk #

List in detail all the reasons you disagree with the initial discrimination complaint response. (Attach original discrimination complaint form and staff response.)

or writing A improper DR Puts me in danger of other inmates. Due 2 Staff, Negligence IV Asked to speck to LTs capts exctra, No kytes, No inperson telks, It took over A Month to make A TG call, In my greavence what IV said Does show misap of Policeys, Rules, unprofessionalizum inadiquite Mental or medical Help, it shows Deliberat indifrence, Negligence and grossly over Punishment with someone will Mental illness or Disibilitys, To Ask for A TG call, "24 hrs", even kytte, took over 30 days. How can you say your doing A ligit legal ethical Due prosses, your Due prosses Deines everyone and Makes it hard for illitarect or dislexic to get help glecies from properly. everything about ODOC Rules Policey go Against State & Federal law.

Describe what action you want taken to resolve your complaint. (How can the problem be solved?)

Not 1 of them is helped or held responible for Abuse grossly Punishment or mental Deterioration. Please help thoes who really Need it

__11-25-25__                    __[signature]__
Date                           Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For discrimination information see back page. Distribution: Green (Original discrimination form); Goldenrod (AIC receipt after processed)*     CD 1689 (11/2019)



# Oregon Department of Corrections (ODOC)
## Snake River Correctional Institution
### Grievance - Denied

**To:** Cox, Malikye Isahia      **SID #:** 19049607      **Cell:** SRCI:DSB33

**From:** Bell, M *for K. Main*      **Date:** 11/24/2025

**Re:** Medical# SRCI_2025_11_054

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

Your grievance has not demonstrated how it qualifies under 291-109-0210. You have not demonstrated misapplication of departmental policies, rules, or other directives, unprofessional actions of department employees, volunteers, or contractors, inadequate medical or mental health treatment, or excessive use of force by department employees.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: _____ of _____ (3 page limit)    Grievance # ~~SRCI 2025 11 004~~

Official Use Only                                          Resubmit

## GRIEVANCE FORM

Name: Cox            Marilkye        I        19049607        DSC -39B
       Last          First         Initial      SID#        Cell/Block/Bunk #

Whom are you grieving: BHS / Medical / Managers / Bosses

Please provide the date/time of incident giving rise to grievance: 11/13/25 12:32PM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

All Iv Been Doing is Reading law didigation, on the streets I can obtain, Real Diagnosis, "Sceic Affective Disorder" "Manic Bipolar" "Obsessive Compulsive Disorder" And "PTSD" Iv Done 12yrs In colec, They Do Not even have real Diagnosis on me or fair ones Anyways, I'm Not trying to sue Interviduals even though some Are to Blame. BHS, is supost to care About Human Health and Need, Due to Managers or restrictions we Dont get Proper Meds we cram As Many As possible Down thoughts. I'm Focusing on libertys. Constantly I take meds that Dont work or give Side effects they All Do, cecintly Iv Been to BHS, and some have Been Very Nice And sincer, others Just Do work?! Steff has known me for over 5yeurs

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

1st Iv Been in DSU Almost 20 Days I stoped taking some meds, I should have Seen A prescriber After Almost Dieing at the hospital Medical For seizures And BHS for prescribing. Differnt meds

11-17-25                                          Signature: _____
Date

<table>
<tr><td>Receiving Facility<br>(If not processing facility)<br><br><br><br>Date Stamp</td><td>Received at Processing Facility<br><br>RECEIVED<br>NOV 17 2025<br>SRCI/SRCM GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br><br>DENIED<br>NOV 20 2025<br>SRCI/SRCM GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br><br><br><br>Date Stamp</td></tr>
</table>

Page: ___ of ___ (3 page limit)     Grievance # _____     Resubmit

*Official Use Only*

# GRIEVANCE FORM

Name: Cox                    Mallikye          I          190LI9607        DSC - 39B
      Last          First              Initial        SID#            Cell/Block/Bunk #

Whom are you grieving: BHS / Medical / Managers / Bosses

Please provide the date/time of incident giving rise to grievance: 11/13/25  12.32PM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

All IV Been Doing is reading law didigation, on the streets I can obtain Real Diagnosises Sceinzaffective Disorder Manic Bipolar obsessive Compulsive Disorder and PTSD IV Done Ryrs In Cdoc They Do Not ever made (real Diagnosises) on me. or fair ones Anyways, I'm Not trying to sue Individuels even through some Are to Blame. BHS is supost to care Abut human Health and Need, Due to managers or restriction we dont get Proper Meds we Cram All Many As possible Own thrungh ts. I'M Focusing on libertys. Constntly I take meds that dont work or give side effects they All Do recently I've Been to BHS, and some have Been Very Nice And sincer, others just Do work?! staff hes Knosa me for over 5yers

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

1st IV Been n DSU Almost 2 Days I stoped taking some meds, I should nave seen A prescriner After Almost Being At the hospital Medical for sesures And BHS for prescribing. Other meds

11-17-25                                         _[signature]_
Date                                             Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*          CD 117 (11/2019)

Page: ___ of ___ (3 page limit)     Grievance # _SRCI 2025 11-004_

Official Use Only          Resubmit

# GRIEVANCE FORM

Name: __Cox__    __Malihye__    __I__    __19049607__    __DSC - 5AB__
Last          First          Initial          SID#          Cell/Block/Bunk #

Whom are you grieving: BHS/ Medical/ Managers/ contractors/

Please provide the date/time of incident giving rise to grievance: 11/13/25  12:32 PM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I just Agreed to classes, I started A Med therazine it Did Not MV- Do to stress of Isolation over 5 years of it, its worn on me are Asked to be re examind or rediagnosed IDK why its taken so long. I Should be MH3. When I first got her from coffe crack A BHS manager told me Im Not Scezra effective, they have A look in their eyes. People have meds Personlitys. Regardless, IV Asked staff to talk and Been ignord for 3 Months, BHS Did offer to talk A couple Months Back. Dealing with Mental Health is imporsishp and if Im in A Delusional state, In Law lidigution it says some Patients Are Not Aware If they Need help, Its up to specalist and staff. you Are lyeldle. look, I stut hauing Heart

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

BHS As profccionals should know I Meat Cryteria For MH3 IV told them Isolation (stress) is Making me crazy like Snity and have scaurs, Medical Has Proven stress crisis/ they

__11-17-25__                              _[signature]_
Date                                   Signature

<table>
<tr><td>Receiving Facility<br>(If not processing facility)<br><br><br>Date Stamp</td><td>Received at Processing Facility<br>RECEIVED<br>NOV 17 2025<br>SRCI/SRCM GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br>DENIED<br>NOV 20 2025<br>SRCI/SRCM GRIEVANCE OFFICE<br>Date Stamp</td><td>Accepted/Denied/RFC<br><br><br>Date Stamp</td></tr>
</table>

Page: ___ of ___ (3 page limit)    Grievance # _____    Official Use Only    Resubmit _____

# GRIEVANCE FORM

Name: Cox              Maliheyc          I          1904660 7          DSC - 9B
     Last           First          Initial        SID#          Cell/Block/Bunk #

Whom are you grieving: BHS/ Medical Managers contractors /

Please provide the date/time of incident giving rise to grievance: 11/13/25  12:32 PM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I just Agreed to classes, I started A Med thorazine it Did Not
MV. Do to stress of Isolation over 5 years of it its worn on
me Ive Asked to be re examined or re diagnosed Idk why
its taken so long. I should be MH3. when I first got
here from coll. e creek A BHS Manager told me Im Not
Severe effective, they have A look in there eyes. People
have Meds personality. Regardless, Iv Asked staff to talk and
Been ignored for 3 Months. BHS Did offer to talk a couple
Months back. Dealing with Mental health is impressive and if
Im in A delusional state so low I did guilt on it says some
Patients Are Not Aware if they need help Its up to specialist
and staff. You Are unable talk. I shut Myself down

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

BHS As professionals should know I meat criteria for MH3
Iv told them Isolation (stress) is Making me crazy less Sanity
and have seizures. Medical Has Proven stress causes this.

11-17-25                                          Maliheyc Cox
Date                                              Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*          CD 117 (11/2019)

Page: ___ of ___ (3 page limit)    Grievance # Sca 2020 11024

Official Use Only                Resubmit

# GRIEVANCE FORM

Name: Cox     Malayc     C     14044607     DSC-39B

    Last         First         Initial         SID#         Cell/Block/Bunk #

Whom are you grieving: BHS / Medical / Managers / Contracted

Please provide the date/time of incident giving rise to grievance: 11/13/25  12:32PM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Problems Breathing at Night and day. I'm reading the Bible Becuse I'm hering Voices, seeing things having seisures. A day or 2 Before I was Acting IRessonal, Agressive, talking About text in books, hering things. wanting to talk to Vadiena. I was escorted By Stef Back and fourth to BHS. at leans Did I Need to go back to ability, I told Steff the day Befor therazine was having bad effects, Steff kept telling Me to take my meds, I Bevide I took therazine the Night or AfterNon. Between seasures, scileprena I kept Cming in and out of concisness, I realize I needed seisure Meds, Befor times I had a mouth full, I spit it out, Droped the rest, Asked for help then Dismissed at

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I Have past Attemps, this was Akident. I'm Not getting the help I Need. Stoff, BHS, Saw signs. I want to the hospiler and havent gotten No supart sence. Reahitation, Cocring, And Help others.

11/17/25
Date

_____
Signature

<table>
<tr><td>Receiving Facility<br>(If not processing facility)</td><td>Received at Processing Facility</td><td>Accepted/Denied/RFC</td><td>Accepted/Denied/RFC</td></tr>
<tr><td><br><br><br><br>Date Stamp</td><td>RECEIVED<br>NOV 17 2025<br>SRCI/SRCM GRIEVANCE OFFICE<br>Date Stamp</td><td>DENIED<br>NOV 20 2025<br>SRCI/SRCM GRIEVANCE OFFICE<br>Date Stamp</td><td><br><br><br><br>Date Stamp</td></tr>
</table>

Page ___ of ___ (3 page limit)    Grievance # _____

Official Use Only                    Resubmit

# GRIEVANCE FORM

Name: Cox_____ McIntyre_____ C_____ 19042607____ DSC-34B_____
Last          First          Initial          SID#          Cell/Block/Bunk #

Whom are you grieving: BHS / Medical / Manager / Contractor

Please provide the date/time of incident giving rise to grievance: 11/13/25 12:32PM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Problems breathing at night and day. I'm reading the Bible because I'm hearing voices, seeing things having seizures. A day or 2 before I was acting irrational aggressive talking about text in packs, hearing things, wanting to talk to Vad.run. I was escorted by staff Bella and fourth to BHS. Showers did I need to go back to chilling. I told staff the day before the meds was hurt, bad effects. Staff kept telling me to take my meds. I Became I felt hearing the night + afternoon. Between seizures srilepena I kept cring + out of consciousness + exercise + needed seizure meds. Before I knew I had a weak fell + spit it out. Draped the rest. Asked for help then Blacked out

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I Have bad Attemps, this was Accidental. I'm not getting the help I need. Staff BHS Saw signs I was to the hospital and harm greater be suport score. Rehabilitation crissing, and Help clean.

11/17/25                                          [signature]
Date                                               Signature

<table>
<tr><td>Receiving Facility<br>(If not processing facility)<br><br><br><br>Date Stamp</td><td>Received at Processing Facility<br><br><br><br><br>Date Stamp</td><td>Accepted/Denied/RFC<br><br><br><br><br>Date Stamp</td><td>Accepted/Denied/RFC<br><br><br><br><br>Date Stamp</td></tr>
</table>

*For grievance information see back page.* **Distribution:** White (Original grievance form); Canary (AIC receipt after processed)        CD 117 (11/2019)

**OREGON DEPARTMENT OF CORRECTIONS**

**AIC COMMUNICATION FORM**

TO: B-232        Date: 11-5-25

State your issue in detail: look, I keep being treated unfairly, By staff Bosses, Hearings you Name it. + I can put Names But I wont. Not every one is Bad or god, everyone Has A Choice, to help, or hurt. every time you punish and exilate me I lose my mind. I take meds, so many eventually they cross contaminati look BHS, Are the only People or somewhat un accountable. ODOC, Should Be Ran By BHS. Iv Done my time, Iv Done 12 years, Iv almost Died way 2 many times, over other people Not Caring. Im writing A grievence, Im Not Mad At Anyone But, shit (is) going to Change on god And Jesus Christ. We Are Punished. But you guys Are lazy staff contracters, its All wrong, Im being charged for A reaction, to meds and over punishment. there is multiple case laws in Lidigation manvel

AIC Committed Name (first middle last): [signature]

SID# 19049607

Housing Unit DSA 39 B

Response/Action Taken: about, Heath, youd every 72 hrs, and Radios, Decks, staff, Oregon, constantly manipulates laws, I will show all of you By Copy. I Hope you Dont help me, So Now every one of you Are guilty of Killing people. Regardless if it is Negligence or Stupidity, lack of moral, conscience for safty you and all your Bosses will suffer from your Actions, I will take my time, I will Not Seddle in federal court for Money, I will help the oppresed.

Date Received: NOV 0 7 2025

Referred To*: No Room to Respond. Copy Placed in chart

Date Answered: 11/7/25      Signature of Staff Member: C. Richert QMHP PSU

*If forwarded, please notify the AIC

CD 214 (02/2020)

Thank you god, Jesuse God Bless ODOC, BHS, yours Truly

# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

**TO:** B 232                              **Date:** 11-5-25

State your issue in detail: Look, Iv seen BHS, Managers imprayes
think you for your consern, I would still like Help
Not sure if it was A mix of Medication, seasures
Disorder, stress Due to CDOC over punishment
But I think I had A Heart Attack or More
Due to stress you guys have given me every medication
under the sun, I Almost maybe Died or epaicel
that could cause Deth By Accident. Dont
YOU think I should See A Provider
Maybe losen rules on Medications
Im out of options By CDOC standards I
Need outside mental Health tratment, sometimes,
People need, Section meds, you dont Prescribe,
Between once, Hell Bent on Punishment and Not lifting

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
|  | 1904967 | DS C37B |

Response/Action Taken: People take Stimulants or stuf helpful
meds, your New killing AIC's over stuborn
rules. I clearly cant take all of what you
guys Are giving, May I Please see, the
Head of prescribers, Someone above lomls
or Peter fererra He has been the Biggest
help for my mental Health.

BHS HAS you Assigned for A mental Health Assessment. Your
Prescriber HAS you scheduled for A Follow-up

Date Received: NOV 0 7 2025                    Referred To*: _____

Date Answered: 11/7/25          Signature of Staff Member: C. Richert QMHP DSU

'If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: BHS - D.232                     Date: 11-8-39

State your issue in detail: Look, It's Not Fair that I'm getting Punished for my Mental Health, IV hit STM in Staff up, BHS for 10 years. Clackamas county mental helth, County jail. People Are Acting like I'm Refusing help, Sometimes I Do, Depending on my Personality. It's When I Ask is when it importent, I keep getting Punished IV had sexual Abuse and Phsical Abuse as A child. I Didn't Just having Such episoles And sevier hallucination, till I really started Doing jail-time (Really DSU, Seg, (cap) We used to get No kites, highne, writing and Drawing-still we have to wait 14 days for A Radio. In every prison in State almost. We get everything in (Dsu Icp). IV Tryed my Absolute best this prison yet. I Sold Drugs Hypothetically 1 time, to pay for BHS And food for my Child, In prison I can only make 100. At most. We Are Represd, disrespected. just yesterday I was Hretend By staff. IV Asked And Begged staff to talk To SRG Lt And I G Phone call.

AIC Committed Name (first middle last)

SID# 19049607

Housing Unit DSU-39B

Response/Action Taken: Look Penis is Not wrong for the DR. it's his perception. I was hallucinating, I had loud thoughts, I was talking to The Spirit thrw Radio and Bible I was coming in and out of seasures. And Conciousness, I Did Not intend to kill myself, I was trying to make what was hopping Stop. Yes it was A disterbance, No I Should Not B sharged IV Been Asking for help. Insted, Im in DSU being Sycologically Abused. Thirs, Prison, for learning A lesson, and Torture, IV Been tortured for years. Im craming Aal types of meds together, when I should just get A N... now opee UA? A hole writ, Now, I

RECEIVED
Date Received: NOV 1 2 2025

Not enough room to Respond. You have open Assessment w/BHS

Referred To*:
Signature of Staff Member: C.Richert QMHP DSU

Date Answered:
'If forwarded, please notify the AIC

CD 214 (02/2020)

have to clean up d Prison megs. I wasn't ever lit or on drugs. Now I have to com Back for Prison Politics. I cant get A Break or saved.

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**TO:** BHS Mangagers B-232     **Date:** 11-13-25

State your issue in detail: Icak, you wonded why, I Dont telk to BHS, for one, Being crazy or mentell illness is extrem imbersing. I Hee i Sec, I think and telk to stuff. You guys Are suyst to Be Heros to ODC inmates. ODC Violates our 8th Amendent A Million x A day. I Acixdentelly almost killed myself, Due to Voices, sceezo effective, Sesures, PTSD Manc Byplar, All though Diagnosed Onthe Streets. As good Heacted kind Human Beings Most of this Trauma ranes from isilation. Thave got Studies te prove it. You guys should Be fighting for us the ODC Regulations for Meds we Need, I take every Med you guys Save me, Due to Hictine or A Bad Mix this happend. Well, If you where loving Carcing Human bengs for simeone like Me whe Dusint trust you guys, New proved me right. I honestly diDnt expect hlp Your ODC Contractors, theres Only A Few that Are Sincere But

**AIC Committed Name (first middle last)** | **SID#** | **Housing Unit**
--- | --- | ---
 | 19049607 | DSU - 39B

Response/Action Taken: Ultimetly this would ct Been A good time to Care and Show Face. Try helping Me, I Dont Deserve Punishment, I Need recabilitation, "everything you Act like you love And Fight Becuse you Care." He lit god Re my whitness for the Ones whe didnt Care to help this time. I hope you have A Wonderful Day I hope the Best in jesus Name Amen But if you dod Care Abot people if your only werking for Money Why Continue to hurt And Contrubute to mentel illness. Its wrong [...] 4 thoughs that Did Care thank you.

*(left margin, written vertically):* Ps. Plus the wife Decm Im Being A lew Suit

Date Received:

**RECEIVED**
**NOV 1 7 2025**
**BY:**

Referred To*:

Not enough room to Respond. You have An open Assesment w/ BHS. BHS in GP will follow-up with you.

C. Richert QMHP DSU

Date Answered:

*If forwarded, please notify the AIC

Signature of Staff Member:

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: NP-Clemence                    Date: 11-19-25

State your issue in detail: Hey I kyted Gulick, BHC, you know what we talked About lowering Depi and, Doing every other Day Possibly from seizure Med and Benzo. So I can Step taking gobs of meds and having wird seizures And side effects. Thank you for your time And Care. Most People Dont care or lisson or here someone out, Sincirly God Bless.

Oh on the other kytes I let them know. Im out of Div. A day or two.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Malikye  Cox | 19049607 | DSU-39B |

Response/Action Taken:

Now that you are in GP. Please work with your provider, Frank, to determine the best POC for you

Date Received: 11/20/25          Referred To*: _____

Date Answered: 11/20/25          Signature of Staff Member: S Rofen

'If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

**TO:** DR Guiick                          **Date:** 11.19-25

State your issue in detail: Hey I just talked to the NP Clements look, I just came back from the Hospital. usually my DOC is Dennerys. I Have Seizures and siccisios, my Body has Been taking way to many crzy Meds, and its not maxing or werking. Lamb is my BHS provider And Peter Fessuria I have a good report with mental Hlth, I Am trying to lower my Dose of Braxed, I Have a Bad caction to Seisure Meds, Cant Do lemictel, Blisters skin IV tryed Air. Even Coakspartin 4800 A day on the streets Give me carpel tunel, Very weird, Scared to deth to take it Keppra wecks, but I Can tell My Body doesnt like taking it every day. I would like to take it every other day and Maybe take 4 mg if Benzo every Other Day So I Dont Build up a tolersnce, and Dont take to much of one

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Malikye Cox | 19CV19667 | DSC-39 13 |

Response/Action Taken: Med. I would prefer just Suboxene or Braxed, But my Body is way to used to it and when I get stressed. Seisures and sycesisvs. IV take every Med under the Sun. I used to take 4 mg of Benzo not every day. I Dont want to Be Completelly Dependant Cn it Im just trying to Minimise side effects, All these Meds Plusc I solation Stress is Not working im scared to take my meds But if I dent I seece and sycesis. Please could you pleas get with

Pleas work with Frank NP to determine the best POC for you.

Date Received: 11/20/25          Referred To*: _____

Date Answered: 11/20/25          Signature of Staff Member: S.R. RN

'If forwarded, please notify the AIC

NP Clements, BHS, People Arnt understanding what Im going threw. it would mean Alot sincerly Good Bless

CD 214 (02/2020)



# Oregon Department of Corrections (ODOC)
## Snake River Correctional Institution
### Grievance - Denied

**To:** Cox, Malikye Isahia     **SID #:** 19049607     **Cell:** SRCI:DSA09

**From:** Main, K     **Date:** 12/09/2025

**Re:** Medical# SRCI_2025_11_054

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

**<u>A denied initial grievance or appeal cannot be appealed.</u>**

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Page: ___ of ___ (3 page limit)    Grievance # SRCI 2025 11 031

Official Use Only    Resubmit

## GRIEVANCE APPEAL FORM

Name: Cox    Malikye    I    19049607    DSA-9B

Last    First    Initial    SID#    Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I Had Scycosis, And Sesures- BHS Rccity prescribe therizine, In BHS
I was told, I should go Back to Ability, Staffed kept pressing
me to take the med, that was causing, the Sesures And Scycosis
Also, 12 years of odoc Diagnosises, Disapeared, Steff
and BHS legaly should Have known, The sighns and Dangers
of my Mental Disabilitys, in my med files I have 12
years of taking scyc Meds. Due to Not paying Attention
I was Hospitalized, charged with A DR and Hospitel
trip. Because odoc, didn't Have Records, they wcouldnt
step in on my cdoc, DR hearing, I was wrote A suicide
DR  I was trying to take Med, Durring convulsions And
scycosis, Due to them Not steping in, Prison staff
Has Put me in A Dangerous situation with my Sarrounding

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

BHS, is supost to keep Mental Health Records, To let Steff know
Mental illness, odoc, Makes Petty Rules / Policeys that
Contredict State law, for Isolation, medication,

11-25-25

Date    Signature

<table>
<tr><td>Receiving Facility<br>(If not processing facility)</td><td>Received at Processing Facility<br><br>RECEIVED<br>DEC 01 2025<br>SRCI/SRCM GRIEVANCE OFFICE</td><td>Accepted/Denied/RFC<br><br>DENIED<br>DEC 05 2025<br>SRCI/SRCM GRIEVANCE OFFICE</td><td>Accepted/Denied/RFC</td></tr>
<tr><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td></tr>
</table>

See back page for filing information. Distribution: Green (Original appeal form); Goldenrod (AIC receipt after processing)    CD 117C (12/2024)

Page: _____ of _____ (3 page limit)    Grievance # _____    Resubmit _____

*Official Use Only*

# GRIEVANCE APPEAL FORM

Name: __Cox__    __Malikye__    __I__    __1904607__    __DSA-9B__
      Last        First        Initial      SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I Had Scyrosis, And Sesures- BHS Really prescribe thorzine. In BHS I was told, I Should go Back to Ability. Staffed kept pressing me to take the med, that was causing the Sesurs And scyrosis Also. 12 years of ODOC Diagnosises Disapeared, Staff and BHS legally Should Have Known, The Sighns and Dangers of my Mental Disabilitys, in my Med Files I have 12 years of taking Scyc Meds. Due to Not paying Attention I was Hospitalized, Charged with A DR and Hospitel trip. Bewse ODOC, didn't Have Records, they wouldn't Step in on my ODOC, DR hearing, I was wrote A suicide DR I was trying to take Meds During convulsions And Scyrosis. Due to them Not stepping in, Prison staff Has Put me in A Dangerous situation With My Sourandes

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

BHS is supost to keep Mental Health Records, To let Staff know Mental illness. ODOC, Makes Petty Rules/Policeys that contredict State law, For Isolation, Medication,

__11-25-25__                              __[signature]__
Date                                      Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*See back page for filing information. Distribution: Green (Original appeal form); Goldenrod (AIC receipt after processing)*    CD 117C (12/2024)

# GRIEVANCE APPEAL FORM

Name: __Cox__    __Malikye__    __I__    __19049607__    __DSA-9B__
      Last       First         Initial   SID#            Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I Tryed telling BHS and staff to Please help with the DR I Tryed talking to BHS Days Before And After of side effects. I know have 2 DRs for Assault Because staff mis identifyed issues, or failed to talk to me about incident and possible Dangers After. State officals and Contractors Are for sure lyable Not only for losing or Informing staff and contractors of illness, By B continue al of Being told to take what I shouldnt even After BHS Prascriber said Not to, leading to Hospitaliztion Due to Naglagence. Due to Neglcyance And staff MISS judgeing Situation and DR for suicide. Now my life is in Danger in prison. I Reached out for help multiple times. it states with the illnesses I have that Becuse

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Needing Proper care, or out of cell time on lcp, Being contained for over 72 hours in cell, STM, Holding property glasses, Raidio, Legal work, exsessive opsticals to get

__11-25-25__                         __[signature]__
Date                                 Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | RECEIVED DEC 01 2025 SRCI/SROM GRIEVANCE OFFICE Date Stamp | DEC 05 2025 SRCI/SROM GRIEVANCE OFFICE Date Stamp | Date Stamp |

See back page for filing information. Distribution: Green (Original appeal form); Goldenrod (AIC receipt after processing)    CD 117C (12/2024)

Page: ___ of ___ (3 page limit)    Grievance # _____    Resubmit _____

Official Use Only

# GRIEVANCE APPEAL FORM

**Name:** Cox          Maliyke          I          19049607          DSA-9B

Last          First          Initial          SID#          Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I Tryed telling BHS and staff to Please help with the DR I Tryed talking to BHS Days Before And After of side effects. I Know have 2 DRs for Assoult Bcause staff mis identifyed issues, or failed to talk to me about incedent and possible Dangers After. State officals and Contracters Are for sure lyable Not only for losing or Informing staff and contracters of illness, By B continue al of Being told to take what I shouldnt even After BHS Prescriber Said Not to, leading to Hospitelization Due to Negligence. Due to Negligence And Staff Missjudgeing situation and DR for suicide. Now my life is in Danger in prison. I Reached out for help multiple times. it states With the illnesses I have that Bcuse

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Needing proper care. or out of cell time on lcp, Being contained for over 72 Hours in cell, STM, Holding property glasses, Raidio legal work, exsessive opsticals to get

**Date** 11-25-25

**Signature** _[signature]_

<table>
<tr><td>Receiving Facility<br>(If not processing facility)</td><td>Received at Processing Facility</td><td>Accepted/Denied/RFC</td><td>Accepted/Denied/RFC</td></tr>
<tr><td><br><br>Date Stamp</td><td><br><br>Date Stamp</td><td><br><br>Date Stamp</td><td><br><br>Date Stamp</td></tr>
</table>

*See back page for filing information. Distribution: Green (Original appeal form); Goldenrod (AIC receipt after processing)*          CD 117C (12/2024)

Page: ___ of ___ (3 page limit)    Grievance # ___ SRA 2025 11 0851 B ___

Official Use Only                    Resubmit

# GRIEVANCE APPEAL FORM

Name: __Cox__    __Malikye__    __I__    __1904607__    __DSA-9B__
       Last      First         Initial   SID#         Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

Of my condition, I'm impered, confused or lost seeing, hearing thinking things. BHS, Contractors, ODOC Staff In lidigation Manual are suposed to Be trained to Spot Mentell illness, Where people Dont have controll over themselfs. Not only did I Almost Die of meds mix or sesure/sycosis. I Know Am fighting for my life in Here. This stress and cycosis and sesures is Due to ODOC Icolation, ignoring laws or Neglagance, Not giving me property or Reidio, for Back to Back to Back 3 hole shots, and 2 lop sets thats like 4 to 6 Months, without Reading Reidio exetra, Able to Buy highns. Between BHS and ODOC Negragance my mentel helthis Deterioratng over R years and Improper meds

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

legal Help, Such As, I G calls, or Kytes or Seen By Steff, Deliborat Indiference, grossly inproportionat Punish Mnt, Breakng laws I wont treated fair or With legal Rights or equality.

__11-25-25__                              Signature __[signature]__
Date

<table>
<tr><td>**Receiving Facility**<br>(If not processing facility)</td><td>**Received at Processing Facility**<br><br>RECEIVED<br>DEC 0 3 2025<br>SRCI/SRCM GRIEVANCE OFFICE</td><td>**Accepted/Denied/RFC**<br><br>DENIED<br>DEC 0 3 2025<br>SRCI/SRCM GRIEVANCE OFFICE</td><td>**Accepted/Denied/RFC**</td></tr>
<tr><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td><td>Date Stamp</td></tr>
</table>

*See back page for filing information. Distribution: Green (Original appeal form); Goldenrod (AIC receipt after processing)*    CD 117C (12/2024)

Page: ___ of ___  (3 page limit)    Grievance # _____    _____

Official Use Only                    Resubmit

# GRIEVANCE APPEAL FORM

Name: Cox      Malikye      T      1904960?      DSA-9B
      Last       First      Initial      SID#      Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

Of my condition, I'm inpered, confused or lost seeing, hering thinking things. BHS Contractors, odoc staff In lidigation Manual are supesed to Be trained to spot Mentall illness Where people dont have controll over themselfs. Not only did I Almost Die of meds mix or seizure/sycosis, I know Am fighting for my life in Here, This stress and cycoss and seisures is Due to odoc Icolation, ignoring laws or Noglaguance, Not giving me property or Rcid.D for Back to Back to Back 3 wile shots, and 2 lop sets thats like 4 to 6 Months, without reading Recidio exetra. Able to Buy higine. Between BHS and odoc Noglaguance My Mentel helthis Deteriorating over R years and Improper Meds.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

legal Help, Such As, I G calls, or kytes or seen By staff Deliburat indifrence grossly inprepurtonat Punshmnt, Breaking laws I wont treated fair or With legal Rights or equality.

11-25-25                              _____
Date                                  Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*See back page for filing information. Distribution: Green (Original appeal form); Goldenrod (AIC receipt after processing)*    CD 117C (12/2024)

Page: _____ of _____ (3 page limit)    Grievance # _____

Official Use Only                    Resubmit

## GRIEVANCE FORM

Name: Cox          Maliiye        I        19049607        1-48-B
         Last          First        Initial      SID#          Cell/Block/Bunk #

Whom are you grieving: Ms. Fisher

Please provide the date/time of incident giving rise to grievance: 2-21-25

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I was Searched and told that the mailroom wanted my
Magazines Back. In My Confinscation slip it said
they where Alterd, most of them Brand New only
like 3 wher old. and out of Around 8 of them
only 1 had a riped or altered page. I was told
I wouldnt Be getting them Back, and "they can
Do whatever they Wont" Verbadum. My Magazine
s where Allready Approved And other Inmates hav
the Same ones from the same Distributers.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

If Doc Needs to test my Magazines for the Safety and
Security, I compleatly understand, But can I please
get them Back or Replaced, ech Magazine Is 25 to
30 Bucks
2-23-25
Date                                        Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*    CD 117 (11/2019)

Page: _____ of _____ (3 page limit)    Grievance # _____    _____

Official Use Only          Resubmit

## GRIEVANCE FORM

Name: Cox          Malvue          I          10104907          1-40-B

Last          First          Initial          SID#          Cell/Block/Bunk #

Whom are you grieving: Mr. Fisher

Please provide the date/time of incident giving rise to grievance: 2-7-25

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I was searched and told that the mailroom wanted my Magazines Back. In my confiscation slip, it said they where Alterd, most of them Brand New only like 3 where old. and out of Around 6 of them only 1 had a riped or altered page. I was told I wouldnt Be getting them Back, and "they can Do whatever they want" Verbadum. My Magazines where Allready approved and other Inmates have the same ones from the same Distributers.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

If DoC Needs to test my Magazines for the safety and security, I compleatly understand, But Can I please get them Back or replaced, ech Magazine is 25 to 30 Bucks

2-23-25

Date          Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*          CD 117 (11/2019)

Page: ___ of ___ (3 page limit)    Grievance # _____

*Official Use Only*    *Resubmit*

## GRIEVANCE FORM

Name: Cox  Marilkye  I  SID# 19049607  Cell/Block/Bunk # 1-20A
Last    First    Initial

Whom are you grieving: Law Lybrary

Please provide the date/time of incident giving rise to grievance: Mon- 7-14-25  8:00 Am

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Iv had 2 Greavive Appeals Iv Been trying to get help with
for over A month in A half, I keep getting rescedual for
Desk when the first time I turned In A LawLybrary kyte
it was for legal Assistants I have No Ideah how to fill
out legal paper I explain I need help. well I fillid it out
and was sceduld for Desk, I filled it out wrong but they
excepted it, well I sent it regular kyte Because they resedult
They filled it out As Desk Again, they told me to wre kyte
I did 3 More times they keep Deneing them, Im
legaly Disexic, I had A IEP In School, there acting
rude unwelcoming And everytime I get Down there it
feels like ther taking advantage of my ignorane when I have

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_____

_____

_____

Date: 7-14-25    Signature: Marilkye Cox

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: ___ of ___ (3 page limit)    Grievance # _____    _____
                                                    *Official Use Only*        *Resubmit*

# GRIEVANCE FORM

Name: Cox    Malikye    I    19049607    1-20A
      Last      First        Initial      SID#      Cell/Block/Bunk #

Whom are you grieving: Law Lybrary

Please provide the date/time of incident giving rise to grievance: Mon- 7-14-25 8:00Am

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Iv had 2 Greavine Appeals Iv Been trying to get help with
for over a month in a half. I keep getting rescedwald for
Desk when the first time I turned in a Lawlybrary kyte
it was for legal Assistant. I have no Ideah how to fill
out legal paper I explain I need help. well I fillidit out
and was scededld for Desk. I filled it out wrong but they
excepted it. well I sent a regular kyte Becuse they resedald
they filled it out As Desk Again. they told me to wre kyte
+ did 3 more times they keep Denieing them. Im
legaly Dislexic. I had A IEP In school, there sttting
ride unwelcoming And every time I get Down there it
feek like ther takeing advantage of my ignorance when Ihave

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_____
_____
_____

7-14-25                          *Malikye Cox*
_____                  _____
Date                             Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: _C_ of _C_ (3 page limit)    Grievance # _____

*Official Use Only*    *Resubmit*

## GRIEVANCE FORM

Name: _Cox_    _Maliuse_    _+_    _19049607_    _1-20A_
        Last         First         Initial         SID#         Cell/Block/Bunk #

Whom are you grieving: _Law library_

Please provide the date/time of incident giving rise to grievance: _Monday 7-14-25 8:30_

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

time Sencitive Greavinces, its Been over A month that Iv Been trying to get help, Iv Never Been threw the greavane system befor, I have most of the Law Library lydes I will send with and A extra sheet of papper I will send help explainging what Im Dealing with.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I want A time extention on my legal Greavances my twrt everything I need help from law Lybrary and they keep taking Advantag of my ignorane

_7-14-25_
Date

Signature _[signature]_

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*    CD 117 (11/2019)

Page: ___ of ___ (3 page limit)    Grievance # _____    *Official Use Only*    *Resubmit*

## GRIEVANCE FORM

Name: __Cox_____ __Malike_____ __I___ __19c49607_____ __1-20A_____
    Last          First         Initial      SID#        Cell/Block/Bunk #

Whom are you grieving: __Law library_____

Please provide the date/time of incident giving rise to grievance: __Monday 7-14-25 8:30____

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

time Sencitive Greavinces, its Been over A month that IV Been trying to get help, IV Never Been threw the greavance system befer. I have most of the Law library kytes I will send with and A extra sheet of papper I will send help explainging what im Dealing with.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I want A time extention on my legal Greavances my hurt everything I need help from law library and they keep taking Advantag of my ignorance

Date: __7-14-25__

Signature: *Malikye Cox*

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*    CD 117 (11/2019)



Page: _C_ of _5_ (3 page limit)          Grievance # _____

*Official Use Only*          *Resubmit*

## GRIEVANCE FORM

Name: __Cox__    __Malikye__    __I__    __19049607__    __F-34B__
      Last        First       Initial    SID#      Cell/Block/Bunk #

Whom are you grieving: __STM PWS' Any Apply__

Please provide the date/time of incident giving rise to grievance: __10-23-25 · 5pm__

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

of rules, unprofesonal, Violating rules, Policys, In DSU, I
get, A tablet, calls after A month, they used to
give us years in segregation, Now, we still Do segregaton
just on mainline, Nothing has changed, legally, I'm sepost
to see yard, 1 time every 72 hours, DSU or mainline,
Iv Done 5 pluse years in seg, all they did was "oh legaly
We cant give them DSU," We will just keep Breaking rules
just on mainline lol. I got Beat up At TRCI over
Paper, A false DR For Meth, Petroleim jelly, insted
of giving me A fresh start they sent me Farther east, and
If you look at my DR History, over 12 years
Its significantly changed For the better, last set

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

But multiple laws Accrossed the united states, there is
Nothing or No System that Benifits us, emed.etly, there
Are millions of grewences or Discrimination or

__16-23-25__
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*          CD 117 (11/2019)

Page: ___ of ___ (3 page limit)    Grievance # _____    _____

Official Use Only    Resubmit

# GRIEVANCE FORM

Name: _Cox_____ _Malikye____ _I_   SID# _19049607_   Cell/Block/Bunk # _F-348_
    Last        First     Initial

Whom are you grieving: _STM PVS: Any Apply_____

Please provide the date/time of incident giving rise to grievance: _10-23-25 5PM_

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

of rules, unprofessional, violating rules, et.cyb. In DSU, I
get, A tablet, calls after A month. they used to
give us years in segregation. Now, we still Do segregation
just on mainline, Nothing was changed. legaly, I'm supose
to see yard, 1 hour every 72 hours, DSU or Mainline
In Done 5 plus years in seg, all they did was do legaly
We cant give them DSU, We will just keep breaking rules
just on Mainline lop. I got beat up At recc over
paper, A false DR for Mell. Rediculousjelly, insted
of giving me a fresh Strt they sent me Further east, and
If you look at my DR History, over 12 years
itis significantly changed For the better, last Set

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

But Multiple laws Accressed the united states, there is
Nothing or no system that Benflts us, emediatly, there
Are millions of grevences or Discriminel.on ci

Date _10-23-25_

Signature _[signature]_

<table>
<tr><td>Receiving Facility<br>(If not processing facility)<br><br><br>Date Stamp</td><td>Received at Processing Facility<br><br><br><br>Date Stamp</td><td>Accepted/Denied/RFC<br><br><br><br>Date Stamp</td><td>Accepted/Denied/RFC<br><br><br><br>Date Stamp</td></tr>
</table>

Page: _5_ of _5_ (3 page limit)

Grievance # _____

Official Use Only                    Resubmit

# GRIEVANCE FORM

Name: Cox          Malikye          I          19049607          F-34B
Last          First          Initial          SID#          Cell/Block/Bunk #

Whom are you grieving: STM Rise Any Apply _____

Please provide the date/time of incident giving rise to grievance: _____

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

to this Set, But Here I am being treated the same or worse, even when I send kytes Asking for help. Minipulating rules or Braking rules to punish us, When we write greavences for them, (Nothing,) they denie us. We Should get equal treatment treatment. But us. We have to do A tourt claim or go to Federal court. it takes months, the justis system is Broken and ruled by bulies. Iu get multiple greavences in ca D.R.S and CO'S felsly Charging us, just cuz they dont like us. You guys sighn paper work, that holds you to A hier Standard, yet your Breaking rules, forcing people to Soffer for asking for help treated poorly. if I had A Book or Marvel, this would look even worse. Dont trip.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Anything legal, But that Never gets seen in the light of Day in court. they take Advantage that we Ac unegicated and the system is harder And Against us. And Denifits them

_____          _____
Date                    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)          CD 117 (11/2019)

Page: ___ of ___ (3 page limit)          Grievance # _____

Official Use Only          Resubmit

# GRIEVANCE FORM

Name: Cox                    Malikye              I          19049607              F-34B
      Last                   First                Initial    SID#                  Cell/Block/Bunk #

Whom are you grieving: STM Rise Any Apply _____

Please provide the date/time of incident giving rise to grievance: _____

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

In this set, But Here I am being treated far Same or worse, even
when I send kytes Asking for help. Minipilating rules or
Braking rules to Punish us. When we write grievances
for them (Nothing) they denies. We Should get equal treatment
treatment. But ur. We have to do A level Claim or go to
Federal court it takes Months, The just is System is Broken
and ruled By bullies. To get multiple greivences in an D.R.S
and c.o.s Falsly Charging us, just cuz they dont like us.
You guys Sighn Paper work, that holds you to A hier
Standard yet your Breaking rules, forcing people to
suffer for asking for help treated poorly. If I had A
Book or Marvel, this would look even worse. Dont trip.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Anything legal     that Never gets seen in the light of Day
in court they take Advantage that we Ae unregisterd and
the system is harder And Against us. And Benifits them

_____                              _____
Date                                          Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

**OREGON DEPARTMENT OF CORRECTIONS**

**AIC COMMUNICATION FORM**

TO: _B-140_                                           Date: _12-3-25_

State your issue in detail: "Aic" go lissen to the recording in cur Hering I didn't say I took to much incell meds, on the Contrary "I was taking A New Med, thats Not prescribed in Cell," After BHS told me to "stop" staff kept reccomending it I wile i was Tripping out, I went And took it Next Med line, the Next Day, I keep sesoring and sycosising in cell As I was shaking, Blesding in and out, I realize to many meds when out in hand and mouth I Spit them I was trying to stop sesure I Klicked Button, I Need BHS, I tryed to say Im Not trying to hurt myself, then went Back into Convolsions) "Verry" Diffcent" I Have Now Been in 2 Assolts for ODec fait.

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| malikye Cox | 19049607 | DSA-9B |

Response/Action Taken: insted of careing about my situation or Helping, All yiu care about is DR Pinishment fines, Your DR is false information in your sum ory- and is Now causins Danger witch I I G Called, This is copeyed she SRCI Dont Send cops Back! "No conserne for Human life" DR sfacts fndings is fully

Received following hearing. Copy retained with Case #2510SRCO01593RCS40.

Date Received: RECEIVED

Date Answered: DEC 11 2025

*If forwarded, please notify the AIC
SRCI HEARINGS OFFICE

Referred To*: _____

Signature of Staff Member: _____

CD 214 (02/2020)