JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

2:25-cv-02419-MTK

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Malikye Isaiah Cox

**(b)** County of Residence of First Listed Plaintiff: Malheur
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N/A

### DEFENDANTS
State of Oregon, Oregon Dept. of Corrections, Mike Reese, TRCI Supt. LaGore, Sgt Fisher / SRCI Sph Weatland Johnor Jane Doe 1-5, et al

County of Residence of First Listed Defendant: Marion
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Oregon Dept of Justice

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
[550 Civil Rights marked with X under PRISONER PETITIONS]

### V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC §1983 / 42 USC §1985 / First and Eighth Amendment / 42 USC §2000 ADA

Brief description of cause:
Deprivation of First and Eighth Amendment Right - Redress of Grievance and Cruel + Unusual

### VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ To be Determined
- CHECK YES only if demanded in complaint: JURY DEMAND: [X] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE ___ DOCKET NUMBER ___

DATE ___ SIGNATURE OF ATTORNEY OF RECORD ___

**FOR OFFICE USE ONLY**
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

Form 39.030

# CERTIFICATE OF SERVICE

CASE NAME: Cox v. ODOC, et al

CASE NUMBER: (if known) New Filing

COMES NOW, Malikye Isaiah Cox, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Snake River.

That on the 21 day of December, 20 25, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

Certificate of Service, Civil Cover sheet, In forma Pauperis, Order to proceed, Motion for Appointment of Counsel, 42 USC §1983 Civil Rights Complaint.

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

I had the Snake River Law Library e-file these documents to the U.S. District Court.

(Signature)    12-21-25

Print Name Malikye Isaiah Cox
S.I.D. No.: 19049607
777 Stanton Blvd.
Ontario, OR. 97914